UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THOMAS WALDEN, et al., :
Plaintiffs, :
:
v. : CA 04-304 S
:
CITY OF PROVIDENCE, et al., :
Defendants, :

**ORDER**
**GRANTING IN PART**
**MOTION TO TAKE DEPOSITION**
**OF VINCENT A. CIANCI, JR.**

Before the court is Plaintiffs' Motion for Leave of Court to Take Deposition (Document ("Doc.") #82) ("Motion for Leave"). Plaintiffs seek to take the deposition of Vincent A. Cianci, Jr. ("Mr. Cianci"), who is presently confined in a federal correctional institution in New Jersey. For the reasons stated at the hearing on October 7, 2005, the Motion for Leave is granted in part and denied in part.

The Motion for Leave is granted to the extent that Plaintiffs may take the deposition of Mr. Cianci upon written questions pursuant to Fed. R. Civ. P. 31. Plaintiffs shall propound their questions to Mr. Cianci not later than October 21, 2005, and such questions may not exceed thirty in number. Mr. Cianci shall serve his answer to such questions not later than November 21, 2005.

To the extent the Motion for Leave seeks to take Mr. Cianci's deposition upon oral examination, it is denied. If after receiving Mr. Cianci's answers to the written interrogatories Plaintiffs believe that an oral examination is still necessary, they may file a motion seeking leave to do so.

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
October 7, 2005

Deputy Clerk