UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WALDEN, et al., Plaintiffs, | : | |
| v. | : | CA 04-304 S |
| CITY OF PROVIDENCE, et al., Defendants, | : | |

**ORDER**
**GRANTING IN PART**
**PLAINTIFFS' MOTION TO ENLARGE TIME**

Before the court is Plaintiffs' Motion to Enlarge Time (Document ("Doc.") #83) ("Motion to Enlarge"). Plaintiffs seek to enlarge the time set by the Amended Pretrial Order (Doc. #55) for the completion of the depositions of the individual defendants and the service of Plaintiffs' answers to the interrogatories propounded by Defendants (other than Defendant Joseph Richardson). The only objection to the Motion to Enlarge was filed by Defendant Joseph Richardson. See Defendant Joseph Richardson's Objection to Plaintiffs' Motion to Enlarge Time (Doc. #84).

For the reasons stated at the hearing on October 7, 2005, the Motion to Enlarge is granted to the extent that Plaintiffs may have:

1) up to and including January 9, 2006, to complete the depositions of Defendants Prignano, Cianci, Vieira, and Lennon; and

2) up to and including December 5, 2005, to serve their answers to the interrogatories propounded by Defendants other than Defendant Richardson.[1]

---

[1] The court advised Plaintiffs' counsel at the conclusion of the October 7, 2005, hearing that this Magistrate Judge was not inclined to look favorably upon any further requests from Plaintiffs for

To the extent the Motion to Enlarge seeks modification of the dates in the Amended Pretrial Order as they pertain to Defendant Richardson, it is denied. The deposition of Defendant Richardson must be completed by November 7, 2005. Answers to discovery propounded by Defendant Richardson must be provided in accordance with the orders previously entered.

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
October 7, 2005

Deputy Clerk

enlargements of time.