| ID | Task Name | Duration | Start | Finish | Predecessors | Resource Names |
|---|---|---|---|---|---|---|
| 109 | Install translucent panels | 1 wk | Wed 3/31/04 | Tue 4/6/04 | 74 | GTI |
| 110 | Building Finishes | 70 days | Tue 5/4/04 | Fri 8/6/04 | | |
| 111 | Install interior insulation | 1 wk | Mon 6/7/04 | Fri 6/11/04 | 134,128,124 | Atlas Insulating Co. Inc. (AIC) |
| 112 | Install exterior gypsum board | 3 days | Tue 5/4/04 | Thu 5/6/04 | | |
| 113 | Install interior gypsum board | 4 wks | Mon 6/14/04 | Fri 7/9/04 | 111 | |
| 114 | Gypsum ceiling | 1 wk | Mon 7/12/04 | Fri 7/16/04 | 113 | |
| 115 | Acoustical ceiling grid and tile | 1 wk | Mon 7/12/04 | Fri 7/16/04 | 113 | |
| 116 | Install wood ceilings | 1 wk | Mon 7/12/04 | Fri 7/16/04 | 113 | GC-Crew |
| 117 | Install ceramic tile | 1 wk | Mon 7/12/04 | Fri 7/16/04 | 113 | West Floor Covering Inc. (WFC) |
| 118 | Install interior door hardware and accessories | 1 wk | Mon 7/12/04 | Fri 7/16/04 | 113 | GC-Crew |
| 119 | Paint | 1 wk | Mon 7/19/04 | Fri 7/23/04 | 118 | W M Painting Inc. (WMP) |
| 120 | Install building carpet and vct | 1 wk | Mon 7/26/04 | Fri 7/30/04 | 119 | WFC |
| 121 | Install millwork and wood trim | 1 wk | Mon 8/2/04 | Fri 8/6/04 | 120 | GC-Crew |
| 122 | Install signage and window treatments | 3 days | Mon 8/2/04 | Wed 8/4/04 | 120 | GC-Crew |
| 123 | Plumbing | 66 days | Sat 5/15/04 | Fri 8/13/04 | | |
| 124 | Rough-in plumbing | 3.2 wks | Sat 5/15/04 | Fri 6/4/04 | 72 | DKI |
| 125 | Set plumbing fixtures and trim | 2 wks | Mon 7/19/04 | Fri 7/30/04 | 117 | DKI |
| 126 | Flush, test, and clean piping and fixtures | 2 wks | Mon 8/2/04 | Fri 8/13/04 | 125 | DKI |
| 127 | Electrical | 55 days | Mon 5/17/04 | Fri 7/30/04 | | |
| 128 | Rough-in electrical | 3 wks | Mon 5/17/04 | Fri 6/4/04 | 72 | IES |
| 129 | Install and terminate electrical devices | 1 wk | Mon 6/7/04 | Fri 6/11/04 | 128 | IES |
| 130 | Make electrical terminations for HVAC equipment | 1 wk | Mon 6/14/04 | Fri 6/18/04 | 129 | IES |
| 131 | Install light fixtures - test and clean | 2 wks | Mon 7/19/04 | Fri 7/30/04 | 115 | IES |
| 132 | Heating and Ventilating - AC | 85 days | Tue 4/6/04 | Fri 7/30/04 | | |
| 133 | Set equipment in mechanical room | 4 wks | Mon 5/24/04 | Fri 6/18/04 | 72 | DKI |
| 134 | Rough-in mechanical | 8 wks | Tue 4/6/04 | Fri 5/28/04 | 72 | DKI |
| 135 | Install a/c ducts | 8 wks | Tue 4/6/04 | Fri 5/28/04 | 72 | DKI |
| 136 | Install sprinkler system | 2 wks | Mon 5/31/04 | Fri 6/11/04 | 134 | AAA Sprinkler Company (ASC) |
| 137 | Set HVAC trim and test and balance system | 1 wk | Mon 7/26/04 | Fri 7/30/04 | 119,135 | DKI |
| 138 | Landscaping | 15 days | Mon 6/7/04 | Fri 6/25/04 | | |
| 139 | All landscaping | 3 wks | Mon 6/7/04 | Fri 6/25/04 | 81 | Yard Works Construction Inc (YWC) |
| 140 | Final Clean-up and Occupancy | 5 days | Mon 8/9/04 | Fri 8/13/04 | | |
| 141 | Remove debris from building and do final clean-up | 4 days | Mon 8/9/04 | Thu 8/12/04 | 110 | GC-Crew |
| 142 | Substantial completion date | 1 day | Fri 8/13/04 | Fri 8/13/04 | 141 | GC-Super |
| 143 | Complete Final Inspections | 5 days | Mon 8/16/04 | Fri 8/20/04 | | |
| 144 | Complete elevator inspection and certification | 3 days | Mon 8/16/04 | Wed 8/18/04 | 142 | TKE |

White & Carr Incorporated
WCI Schedule Update 05-25-04 mpp

Task | Progress | Milestone | Summary | Rolled Up Task | Rolled Up Milestone | Rolled Up Progress | Split | External Tasks | Project Summary | Group By Summary | Deadline



TOTAL P.03