AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF RHODE ISLAND

United States, for the use of
INTERSTATE ELECTRICAL SERVICES CORP.
and INTERSTATE ELECTRICAL SERVICES
CORP.

V.

WHITE & CARR, INC. and
THE HANOVER INSURANCE COMPANY, INC.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 05 426 T

TO: (Name and address of defendant)
THE HANOVER INSURANCE COMPANY, INC.
100 North Parkway
Worcester, MA 01605

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Christopher C. Whitney, Esquire
LIttle Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 10-11-05

(BY) DEPUTY CLERK

LITTLE MEDEIROS KINDER
BULMAN & WHITNEY PC

*Attorneys*

Christopher H. Little *
Matthew F. Medeiros *
Daniel K. Kinder *
John E. Bulman *
Christopher C. Whitney *
Henry R. Kates *
George H. Rinaldi *
Scott K. Pomeroy
Matthew M. Riordan *+
Andrew S. Ullucci *

John D. Deacon, Jr. *
*Of Counsel*

William R. Powers III
(1931-1998)

Thomas C. Keeney
(1946-1999)

* Also admitted in Massachusetts

+ Also admitted in New York and Connecticut

November 16, 2005

Certified Mail
Return Receipt Requested

THE HANOVER INSURANCE COMPANY, INC.
100 North Parkway
Worcester, MA 01605

**RE: INTERSTATE ELECTRICAL SERVICES CORP., et al.**
**v. WHITE & CARR, INC.**
**C. A. No: 05-426T**

Dear Sir/Madam:

Enclosed please find a summons and complaint which are served on you pursuant to Rhode Island Rules of Civil Procedure.

Sincerely,

Andrew S. Ullucci

ASU:med

Enclosures

72 Pine Street Providence, RI 02903 (401) 272-8080 fax (401) 521-3555
43 Thorndike Street Cambridge, MA 02141 (617) 494-8070

www.lmkbw.com

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.98 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.03 |

Postmark Here

*Sent To* The Hanover Insurance Company Inc
*Street, Apt. No.; or PO Box No.* 100 North Parkway
*City, State, ZIP+4* Worcester MA 01605

PS Form 3800, June 2002 See Reverse for Instructions

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

THE HANOVER INSURANCE
COMPANY, INC.
100 North Parkway
Worcester, MA 01605

4a. Article Number
7002 2030 0002 9071 4108

4b. Service Type
☐ Registered ☒ Certified
☐ Express Mail ☐ Insured
☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery 11/17/05

5. Received By: *(Print Name)*

8. Addressee's Address *(Only if requested and fee is paid)*

6. Signature: *(Addressee or Agent)*
X [signature]

PS Form **3811**, December 1994 102595-98-B-0229 Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

PS Form 3800, June 2002 (Reverse)

102595-02-M-1692

**Certified Mail Provides:**
- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

***Important Reminders:***
- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry. Internet access to delivery information is not available on mail addressed to APOs and FPOs.**

UNITED STATES POSTAL SERVICE

CENTRAL MA 015

17 NOV 2005 PM 4 T

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Print your name, address, and ZIP Code in this box •

Little Medeiros Kinder Bulman & Whitney
72 Pine Street
Providence, RI 02903

Attn: Andrew Ullicci, Esq.

2903+2846