UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES, for the use of INTERSTATE ELECTRICAL SERVICES CORP. and INTERSTATE ELECTRICAL SERVICES CORP., Plaintiff, | |
| v. | Civil Action No.: 05-426 |
| WHITE & CARR INC. and THE HANOVER INSURANCE COMPANY, Defendant. | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Jennifer Whelan as counsel for the defendant, The Hanover Insurance Company, in connection with the above-captioned action.

Respectfully submitted:

THE HANOVER INSURANCE COMPANY
By its attorneys,

Jennifer Whelan, Bar ID #6952
CETRULO & CAPONE, LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
(401) 274-7850
(401) 274-9670 (fax)

Dated: December 5, 2005

**CERTIFICATE OF SERVICE**

I, Dwight T. Burns, III, hereby certify that I have, on this 5th day of December, 2005, served a copy of the within via first-class mail, postage prepaid upon the following party:

Christopher C. Whitney, Esquire
Little Medeiros Kinder Bulman & Whitney, P.C.
75 Pine Street
Providence, RI 02903

Dwight T. Burns, III