UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
DEC 14 2005
Property of U.S. District Court
District of Rhode Island

UNITED STATES, for the use of INTERSTATE ELECTRICAL SERVICES CORP. and INTERSTATE ELECTRICAL SERVICES CORP.,
Plaintiff,

v.

WHITE & CARR INC. and THE HANOVER INSURANCE COMPANY,
Defendant.

Civil Action No.: 05-426 T

**STIPULATION OF THE PLAINTIFF AND THE DEFENDANT, THE HANOVER INSURANCE COMPANY, CONCERNING TIME IN WHICH THE HANOVER INSURANCE COMPANY MAY ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

The plaintiff, Interstate Electrical Services Corp. ("Interstate"), and the defendant, The Hanover Insurance Company ("Hanover"), hereby agree and stipulate that Interstate has extended the time in which Hanover may answer or otherwise respond to the Complaint in the above-captioned action through and including **Friday, December 30, 2005**.

Respectfully submitted:

THE HANOVER INSURANCE COMPANY
By its attorney,

Jennifer Whelan, Bar ID #6952
CETRULO & CAPONE, LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
(401) 274-7850
(401) 274-9670 (fax)

Dated: December 5, 2005

CUSTOM DRYWALL, INC.,
By its attorney,

Christopher C. Whitney, Bar ID #3261
Little Medeiros Kinder Bulman & Whitney, P.C.
75 Pine Street
Providence, RI 02903
(401) 272-8080
(401) 521-5555

Dated: December 8, 2005

ENTER: Ernest C. Torres
Ernest C. Torres
Chief U.S. District Judge
DATE: 12/16/05

398515v1