UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
FEB 22 2006
Property of U.S. District Court
District of Rhode Island

| | |
|---|---|
| UNITED STATES, for the use of INTERSTATE ELECTRICAL SERVICES CORP. and INTERSTATE ELECTRICAL SERVICES CORP., Plaintiff, v. WHITE & CARR INC. and THE HANOVER INSURANCE COMPANY, Defendant. | Civil Action No.: 05-426-T |

**STIPULATION OF THE PLAINTIFF AND THE DEFENDANT, THE HANOVER INSURANCE COMPANY, CONCERNING TIME IN WHICH THE HANOVER INSURANCE COMPANY MAY ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

The plaintiff, Interstate Electrical Services Corp. ("Interstate"), and the defendant, The Hanover Insurance Company ("Hanover"), hereby agree and stipulate that Interstate has extended the time in which Hanover may answer or otherwise respond to the Complaint in the above-captioned action through and including **Friday, March 31, 2006**.

Respectfully submitted:

| THE HANOVER INSURANCE COMPANY | INTERSTATE ELECTRICAL SERVICES CORP., |
|---|---|
| By its attorney, | By its attorney, |
| Jennifer Whelan, Bar ID #6952<br>CETRULO & CAPONE, LLP<br>The Heritage Building<br>321 South Main Street<br>Providence, RI 02903<br>(401) 274-7850<br>(401) 274-9670 (fax) | Christopher C. Whitney, Bar ID #3261<br>Little Medeiros Kinder Bulman & Whitney, P.C.<br>75 Pine Street<br>Providence, RI 02903<br>(401) 272-8080<br>(401) 521-5555 |
| Dated: February 16, 2006 | Dated: February 21, 2006 |

ENTER: Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE: 2/27/06