**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES, for the use of INTERSTATE ELECTRICAL SERVICES CORP. and INTERSTATE ELECTRICAL SERVICES CORP.

Plaintiffs,

v.

WHITE & CARR, INC. and THE HANOVER INSURANCE COMPANY, INC.,

Defendants.

Civil Action No. 05-426T

**MOTION TO AMEND COMPLAINT AS A MATTER OF COURSE**

Now comes the Plaintiff, Interstate Electrical Services Corp. ("Plaintiff" or "IES"), in the above-captioned matter, and hereby amends its Complaint as a matter of course pursuant to F.R.C.P. 15.

The Plaintiff further states that no answer or other responsive pleading has been filed; therefore, the Plaintiff hereby amends the Complaint as a matter of course primarily to allege an amount of actual damages that differs from that alleged in the original Complaint - $215,000.00 – sustained by the Plaintiff.

Respectfully submitted,

Interstate Electrical Services Corp.,
Plaintiff
By its attorneys,

/s/ Christopher C. Whitney
Christopher C. Whitney #3261
Andrew S. Ullucci #7233
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903
(401) 272-8080

(401) 521-3555 (facsimile)
cwhitney@lmkbw.com
aullucci@lmkbw.com

Pro Hac Vice Counsel

/s/ James L. Rudolph
James L. Rudolph, Esquire BBO #433580
Rudolph Friedmann LLP
92 State Street
Boston, Massachusetts 02109
(617)-723-7700
(617)-227-0313 (facsimile)
JRudolph@RFlawyers.com

February 9, 2007

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES, for the use of INTERSTATE ELECTRICAL SERVICES CORP. and INTERSTATE ELECTRICAL SERVICES CORP.

Plaintiffs,

v.

WHITE & CARR, INC. and THE HANOVER INSURANCE COMPANY, INC.,

Defendants.

Civil Action No. 05-426T

**MEMORANDUM OF LAW IN SUPPORT OF THE PLAINTIFF'S MOTION TO AMEND COMPLAINT AS A MATTER OF COURSE**

The Plaintiff, Interstate Electrical Services Corp. ("Plaintiff" or "IES"), in the above-captioned matter, hereby submits its Memorandum of Law in Support of the Plaintiff's Motion to Amend Complaint as a Matter of Court.

Rule 15 of the Federal Rules of Civil Procedure provides that "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served…" In this matter, the Plaintiff states that no answer or other responsive pleading has been filed by either of the named Defendants in this action; therefore, the Plaintiff is entitled to amend the original complaint filed in this matter. The Proposed First Amended Complaint is attached hereto as "Exhibit 1".

Respectfully submitted,

Interstate Electrical Services Corp.,
Plaintiff
By its attorneys,

/s/ Christopher C. Whitney
Christopher C. Whitney #3261
Andrew S. Ullucci #7233

Little Medeiros Kinder Bulman &
Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903
(401) 272-8080
(401) 521-3555 (facsimile)
cwhitney@lmkbw.com
aullucci@lmkbw.com

Pro Hac Vice Counsel

/s/ James L. Rudolph
James L. Rudolph, Esquire BBO #433580
Rudolph Friedmann LLP
92 State Street
Boston, Massachusetts 02109
(617)-723-7700
(617)-227-0313 (facsimile)
JRudolph@RFlawyers.com

February 9, 2007