EXHIBIT 1
Part 2 of 3

13.3 Certificates of insurance acceptable to the Contractor shall be filed with the Contractor prior to commencement of the Subcontractor's Work. These certificates and the insurance policies required by this Article 13 shall contain a provision that coverages afforded under the policies will not be canceled or allowed to expire until at least 30 days' prior written notice has been given to the Contractor. If any of the foregoing insurance coverages are required to remain in force after final payment and are reasonably available, an additional certificate evidencing continuation of such coverage shall be submitted with the final application for payment as required in Article 12. If any information concerning reduction of coverage is not furnished by the insurer, it shall be furnished by the Subcontractor with reasonable promptness according to the Subcontractor's information and belief.

13.4 The Contractor shall furnish to the Subcontractor satisfactory evidence of insurance required of the Contractor under the Prime Contract.

13.5 The Contractor shall promptly, upon request of the Subcontractor, furnish a copy or permit a copy to be made of any bond covering payment of obligations arising under the Subcontract.

13.6 Performance Bond and Payment Bond:
*(If the Subcontractor is to furnish bonds, insert the specific requirements here.)*
The Subcontractor shall furnish a 100% Payment & Performance Bonds in 7 Days, if the gross total for this subcontract is over $85,000.00 USD, if the Subcontractor fails to furnish the prerequisite bonds, this contract shall be terminated as per paragraph 7.2.1.

*THIS DOCUMENT HAS IMPORTANT LEGAL CONSEQUENCES. CONSULTATION WITH AN ATTORNEY IS ENCOURAGED WITH RESPECT TO ITS COMPLETION OR MODIFICATION. AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.*

*This document has been approved and endorsed by the American Subcontractors Association and the Associated Specialty Contractors, Inc.*

### 13.7 PROPERTY INSURANCE

13.7.1 When requested in writing, the Contractor shall provide the Subcontractor with copies of the property and equipment policies in effect for the Project. The Contractor shall notify the Subcontractor if the required property insurance policies are not in effect.

13.7.2 If the required property insurance is not in effect for the full value of the Subcontractor's Work, then the Subcontractor shall purchase insurance for the value of the Subcontractor's Work, and the Subcontractor shall be reimbursed for the cost of the insurance by an adjustment in the Subcontract Sum.

13.7.3 Property insurance for the Subcontractor's materials and equipment required for the Subcontractor's Work, stored off site or in transit and not covered by the Project property insurance, shall be paid for through the application for payment process.

### 13.8 WAIVERS OF SUBROGATION

13.8.1 The Contractor and Subcontractor waive all rights against (1) each other and any of their subcontractors, sub-subcontractors, agents and employees, each of the other, and (2) the Owner, the Architect, the Architect's consultants, separate contractors, and any of their subcontractors, sub-subcontractors, agents and employees for damages caused by fire or other causes of loss to the extent covered by property insurance provided under the Prime Contract or other property insurance applicable to the Work, except such rights as they may have to proceeds of such insurance held by the Owner as a fiduciary. The Subcontractor shall require of the Subcontractor's Sub-subcontractors, agents and employees, by appropriate agreements, written where legally required for validity, similar waivers in favor of the parties enumerated herein. The policies shall provide such waivers of subrogation by endorsement or otherwise. A waiver of subrogation shall be effective as to a person or entity even though that person or entity would otherwise have a duty of indemnification, contractual or otherwise, did not pay the insurance premium directly or indirectly, and whether or not the person or entity had an insurable interest in the property damaged.

©1997 AIA®
AIA DOCUMENT A401 - 1997
CONTRACTOR – SUBCONTRACTOR AGREEMENT

The American Institute of Architects
1735 New York Avenue, N.W.
Washington, D.C. 20006-5292

## ARTICLE 14 TEMPORARY FACILITIES AND WORKING CONDITIONS

© 1915, 1925, 1937, 1951, 1958, 1961, 1966, 1967, 1972, 1978, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. expiration as noted below. User Document: 97a401-master.aia -- 8/17/2003. AIA License Number 1511928, which expires on 8/17/2004.

14.1 The Contractor shall furnish and make available to the Subcontractor the following temporary facilities, equipment and services; these shall be furnished at no cost to the Subcontractor unless otherwise indicated below:
Toilets, Water(Cold Only) & Electricity. (NO PARKING AT THE SITE)

14.2 Specific working conditions:
*(Insert any applicable arrangements concerning working conditions and labor matters for the Project.)*

## ARTICLE 15 MISCELLANEOUS PROVISIONS

15.1 Where reference is made in this Subcontract to a provision of another Subcontract Document, the reference refers to that provision as amended or supplemented by other provisions of the Subcontract Documents.

15.2 Payments due and unpaid under this Subcontract shall bear interest from the date payment is due at such rate as the parties may agree upon in writing or, in the absence thereof, at the legal rate prevailing from time to time at the place where the Project is located.
*(Insert rate of interest agreed upon, if any.)*
0 percent

*(Usury laws and requirements under the Federal Truth in Lending Act, similar state and local consumer credit laws and other regulations at the Owner's, Contractor's and Subcontractor's principal places of business, the location of the Project and elsewhere may affect the validity of this provision. Legal advice should be obtained with respect to deletions or modifications, and also regarding requirements such as written disclosures or waivers.)*

*THIS DOCUMENT HAS IMPORTANT LEGAL CONSEQUENCES. CONSULTATION WITH AN ATTORNEY IS ENCOURAGED WITH RESPECT TO ITS COMPLETION OR MODIFICATION. AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.*

*This document has been approved and endorsed by the American Subcontractors Association and the Associated Specialty Contractors, Inc.*

15.3 Retainage and any reduction thereto is as follows:
10 percent

15.4 The Contractor and Subcontractor waive claims against each other for consequential damages arising out of or relating to this Subcontract, including without limitation, any consequential damages due to either party's termination in accordance with Article 7.

## ARTICLE 16 ENUMERATION OF SUBCONTRACT DOCUMENTS

16.1 The Subcontract Documents, except for Modifications issued after execution of this Subcontract, are enumerated as follows: SEE RIDER B

16.1.1 This executed 1997 edition of the Standard Form of Agreement Between Contractor and Subcontractor, AIA Document A401-1997;

16.1.2 The Prime Contract, consisting of the Agreement between the Owner and Contractor dated as first entered above and the other Contract Documents enumerated in the Owner-Contractor Agreement;

16.1.3 The following Modifications to the Prime Contract, if any, issued subsequent to the execution of the Owner-Contractor Agreement but prior to the execution of this Agreement:

| Modification | Date |
|---|---|
| AMENDMENTS 1,2,3,4 & 5 - VARIOUS DATES | |

16.1.4 Other Documents, if any, forming part of the Subcontract Documents are as follows:
*(List any additional documents that are intended to form part of the Subcontract Documents. Requests for proposal and the Subcontractor's bid or proposal should be listed here only if intended to be part of the Subcontract Documents.)*
None

This Agreement entered into as of the day and year first written above.

©1997 AIA®
AIA DOCUMENT A401 - 1997
CONTRACTOR – SUBCONTRACTOR AGREEMENT

The American Institute of Architects
1735 New York Avenue, N.W.
Washington, D.C. 20006-5292

© 1915, 1925, 1937, 1951, 1958, 1961, 1966, 1967, 1972, 1978, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. expiration as noted below. User Document: 97a401-master.aia -- 8/17/2003. AIA License Number 1511928, which expires on 8/17/2004.

CONTRACTOR *(Signature)*

Raymond White, President & CEO

*(Printed name and title)*

White & Carr Incorporated

SUBCONTRACTOR *(Signature)*

James P. Alibrandi, President

*(Printed name and title)*

Interstate Electrical Services Corp.

Subcontractor Name

*THIS DOCUMENT HAS IMPORTANT LEGAL CONSEQUENCES. CONSULTATION WITH AN ATTORNEY IS ENCOURAGED WITH RESPECT TO ITS COMPLETION OR MODIFICATION. AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.*

*This document has been approved and endorsed by the American Subcontractors Association and the Associated Specialty Contractors, Inc.*

©1997 AIA®
AIA DOCUMENT A401 - 1997
CONTRACTOR – SUBCONTRACTOR AGREEMENT

The American Institute of Architects
1735 New York Avenue, N.W.
Washington, D.C. 20006-5292

© 1915, 1925, 1937, 1951, 1958, 1961, 1966, 1967, 1972, 1978, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. expiration as noted below. User Document: 97a401-master.aia -- 8/28/2003. AIA License Number 1511928, which expires on 8/17/2004.

August 19, 2003

White & Carr, Inc.
11 Broadway
Suite 1101
New York, NY 10004

**Attention:** Raymond White

**Reference:** U.S. Fish and Wildlife Service
RI National Wildlife Refuge Complex
Charlestown, RI

Dear Mr. White,

***Interstate Electrical Services Corporation*** is pleased to offer the enclosed quote for the supplying of labor and material at the above location to install a working electrical system. This quote is based on drawings #A – 19, E – 1, 2, 2.1, 2.2, 3, 4, 5, 6 & 7. The scope includes the following:

- Site conduits and conductors. (Excavation by others.)
- Site lighting conduits, conductors and installation.
- Pad mounted transformer pad preparation. (Concrete by others)
- A working Fire Alarm system (Telephone dialer by others.)
- A stand-by generator with a transfer switch. (Concrete pad by others.)
- Exterior and interior lighting fixtures.
- Switches and outlets (including four floor outlets) as per drawings.
- Sleeves for tele/data outlets.
- A full working security system as per drawings.

- Tele/data outlets cabling and termination along with described fiber optic. (Voice cabling by owner)
- Permit

**Total Revised Price: $270,000.00***

***Please note:**

- ➢ The above price includes addendum #5.
- ➢ The above price does not include any utility charges.
- ➢ Before acceptance of the project, a project schedule will be needed.

***Interstate Electrical Services Corporation*** would like to thank you for this opportunity to be of service. If you should have any comments, questions, or require any additional information, please feel free to contact me directly at my office or you may email at Lpetrucci@interelec.com.

Sincerely,

*INTERSTATE ELECTRICAL SERVICES CORPORATION*

Louis P. Petrucci, Jr.
Project Manager

______________________________
Authorized Signature

***Please note this quote is valid for 30 days.**

# RIDER A - SCOPE OF WORK

Subcontractor agrees to procure, furnish, deliver & install all materials, scaffolding, hoisting, protection, tools, appliances, and any incidental items necessary or deemed necessary by the Government or Contractor for the complete and successful execution of this subcontract work, test all systems as required, as described per the Contract Drawing and Specifications (CDS) prepared by William D. Warner Architects and/or his Consultants (the "Architect").

The Scope of Work for this subcontract is as follows: All electrical construction as outlined in the CDS, specifically but not limited to section 16100. Exclusions; concrete, permit fees, trenching & sales tax.

In addition to the scope of work set forth as described in the above paragraph, the subcontractor shall review all of the Contract Drawings and Specifications as listed in RIDER A, for all other trades and shall be responsible for any scope of work items that are indicated as being his responsibility, whether or not such items appear in the documents designated as belonging to his subcontract. In case of conflict between the contract drawing and specifications, the Federal Acquisition Regulations, Title 48, Part 52, Paragraph 52.236-21 shall control.

250 31059

U. S. Fish and Wildlife Service
Rhode Island NWR Complex - Phase 2
3/28/03

RIDER B, Page 1

PROJECT MANUAL
TABLE of CONTENTS

---

*[INSTRUCTIONS to BIDDERS]*
*[FORM of AGREEMENT BETWEEN GOVERNMENT and CONTRACTOR]*

TECHNICAL SPECIFICATIONS

---

DIVISION 1 - GENERAL REQUIREMENTS


| | |
|---|---|
| 01010 | Summary of Work |
| 01014 | List of Drawings |
| 01016 | Survey, Borings, and Test Pits |
| 01019 | Contract Considerations |
| 01039 | Coordination and Meetings |
| 01300 | Submittals |
| 01400 | Quality Control |
| 01500 | Construction Facilities and Temporary Controls |
| 01600 | Material and Equipment |
| 01650 | Starting of Systems |
| 01700 | Contract Closeout |


DIVISION 2 - SITE WORK


| | |
|---|---|
| 02100 | Site Preparation |
| 02120 | Tree and Plant Protection |
| 02200 | Earthwork |
| 02270 | Erosion Control |
| 02275 | Placed Riprap |
| 02510 | Asphaltic Concrete Paving |
| 02514 | Portland Cement Concrete Paving |
| 02530 | Precast Concrete Pump Chamber and Storage Tanks |
| 02667 | Site Water Lines |
| 02700 | Sewerage and Storm Drainage Systems |
| 02810 | Site Furniture |
| 02830 | Landscape Boulders |
| 02840 | Stone Dust Paths |
| 02930 | Loaming and Seeding |
| 02950 | Trees and Plants |

RIDER B, PAGE 2

DIVISION 3 - CONCRETE

03300 Cast-in-Place Concrete

DIVISION 4 - MASONRY

04100 Mortar
04300 Concrete Unit Masonry
04350 Rubble Masonry Veneer

DIVISION 5 - METALS

05500 Metal Fabrications
05510 Metal Stairs
05521 Pipe and Tube Railings

DIVISION 6 - WOOD and PLASTIC

06100 Rough Carpentry
06125 Wood Decking
06181 Heavy Timber Framing
06193 Plate Connected Wood Trusses
06196 Plywood Web Joists
06200 Finish Carpentry
06210 Plastic Lumber and Decking

DIVISION 7 - THERMAL and MOISTURE PROTECTION

07110 Bituminous Dampproofing
07160 Cementitious Waterproofing
07212 Board Insulation
07213 Batt and Blanket Insulation
07311 Asphalt Shingles
07460 Exterior Siding
07610 Sheet Metal Roofing
07620 Sheet Metal Flashing and Trim
07631 Gutters and Downspouts
07720 Roof Ventilators
07900 Joint Sealers

DIVISION 8 - DOORS and WINDOWS

08111 Standard Steel Doors and Frames
08215 Prefinished Wood Doors
08340 Security Grille
08410 Aluminum Entrances and Storefronts
08550 Aluminum Clad Windows
08712 Door Hardware
08800 Glazing
08952 Translucent Panel System

RIDER B, PAGE 3

DIVISION 9 - FINISHES

09260 Gypsum Board Systems
09331 Ceramic Tile
09511 Suspended Acoustical Ceilings
09640 Bamboo Flooring
09650 Resilient Flooring
09688 Carpet
09900 Painting

DIVISION 10 - SPECIALTIES

10105 Visual Display Boards
10160 Toilet Compartments
10210 Metal Wall Louvers
10400 Identifying Devices
10508 Metal Wardrobe Lockers
10522 Fire Extinguishers, Cabinets and Accessories
10650 Folding Panel Partitions
10800 Toilet Accessories

DIVISION 11 - EQUIPMENT

11132 Projection Screens

DIVISION 12 - FURNISHINGS

12490 Window Treatments

DIVISION 14 - CONVEYING SYSTEMS

14200 Elevator

DIVISION 15 - MECHANICAL

15000 Mechanical General Requirements
**15030 Mechanical Electrical**
15100 Plumbing
15300 Fire Protection
15500 HVAC: General
15900 Automatic Control
15950 Testing and Balancing

DIVISION 16 - ELECTRICAL

16100 Electrical

END of TABLE OF CONTENTS

SECTION 01014 RIDER B, PAGE 4

LIST of DRAWINGS

| Drawing No. | Title / Description |
|---|---|
| T-1 | TITLE PAGE |

REFERENCE

*Drawings listed under "REFERENCE" DATED 7/26/02 are for reference only. They consist of the original survey and description of the site work completed under a previous contract. In effect, they describe the existing conditions prior to the commencement of this Phase 2 contract.*

| | |
|---|---|
| *C-1* | *Survey of Project Area, Sheet 1 of 2* |
| *C-2* | *Survey of Project Area, Sheet 2 of 2* |
| *C-3* | *Site Prep, Soil Erosion Plan and Details* |
| *C-4.1* | *General Site and Utilities Plan* |
| *C-5.1* | *General Layout Plan* |
| *C-6.1* | *Detailed Layout Plan - North* |
| *C-7* | *Detailed Layout Plan - South* |
| *C-8.1* | *Grading and Drainage - North* |
| *C-9* | *Grading and Drainage - South* |
| *C-10.1* | *Drainage Sections and Details* |
| *C-11.1* | *Domestic Water Well / Geothermal Well* |
| *L-1.1* | *Planting Plan and Planting Schedule - North* |
| *L-2.1* | *Planting Plan and Planting Schedule - South* |
| *L-4.1* | *Planting Details* |
| *L-7.1* | *Site Sections and Details* |
| *E-0.1* | *REVISED Electrical Site Plan (Revised 12/30/02)* |

CIVIL

| | |
|---|---|
| C2.1 | GENERAL SITE PLAN - NORTH and BUILDING LOCATION PLAN |
| C2.2 | GENERAL SITE PLAN - SOUTH and MISCELLANEOUS DETAILS |
| C2.3 | DRAINAGE and UTILITIES PLAN |
| C2.4 | GRADING and SITE IMPROVEMENT PLAN |
| C2.5 | DRAINAGE and UTILITIES DETAILS |
| C2.6 | SITE IMPROVEMENT DETAILS |
| C2.7 | SITE IMPROVEMENT DETAILS |
| C2.8 | SITE IMPROVEMENT DETAILS |
| C2.9 | SITE IMPROVEMENT SECTIONS |

RIDER B, PAGE 5

| | |
|---|---|
| C2.10 | ISDS PLAN (1/10/03) |
| C2.11 | ISDS DETAILS (1/10/03) |
| C2.12 | ISDS DETAILS, SPECIFICATIONS, and SOIL STRATA (1/10/03) |

LANDSCAPE

| | |
|---|---|
| L2.1 | PLANTING PLAN |
| L2.2 | PLANTING DETAILS and PLANT SCHEDULE |
| L2.3 | SITE STRUCTURES |

ARCHITECTURAL

| | |
|---|---|
| A1 | FIRST FLOOR PLAN |
| A2 | SECOND FLOOR PLAN |
| A3 | ROOF PLAN and ROOF DETAILS |
| A4 | NORTH ELEVATION / EAST ELEVATION |
| A5 | SOUTH ELEVATION / WEST ELEVATION |
| A6 | BUILDING SECTIONS |
| A7 | BUILDING SECTIONS |
| A8 | BUILDING SECTIONS |
| A9 | WALL SECTIONS and DETAILS |
| A10 | ROOF SECTIONS and DETAILS |
| A11 | STAIR SECTIONS and DETAILS |
| A12 | DOOR and WINDOW DETAILS |
| A13 | TOILET ROOM PLANS and ELEVATIONS / ACCESSORY SCHEDULE |
| A14 | DETAIL FLOOR PLANS, ELEVATIONS: GALLERY/ALCOVE |
| A15 | DETAIL FLOOR PLANS, ELEVATIONS: SHOP and RECEPTION |
| A16 | DETAIL FLOOR PLANS, ELEVATIONS: LOBBY/MULTI-PURPOSE |
| A17 | DETAIL FLOOR PLANS, ELEVATIONS: ADMIN. and LUNCH ROOM |
| A18 | CABINET, SHELVING, and FINISH CARPENTRY DETAILS |
| A19 | FIRST FLOOR REFLECTED CEILING PLAN and SOFFIT DETAILS |
| A20 | SECOND FLOOR REFLECTED CEILING PLAN |
| A21 | WINDOW TYPES and DETAILS |
| A22 | DOOR SCHEDULE, TYPES, and DETAILS |
| A23 | FINISH SCHEDULE and WALL TYPES |
| A24 | DETAILED WALL PLANS |
| A25 | FLOOR DETAILS |

STRUCTURAL

| | |
|---|---|
| S1 | STRUCTURAL: FOUNDATION PLAN |
| S2 | STRUCTURAL: FOUNDATION DETAILS |
| S3 | STRUCTURAL: FOUNDATION TYPICAL DETAILS |
| S4 | STRUCTURAL: SECOND FLOOR FRAMING PLAN and DETAILS |
| S5 | STRUCTURAL: ROOF FRAMING PLAN and DETAILS |
| S6 | STRUCTURAL: TYPICAL DETAILS |
| S7 | STRUCTURAL: TYPICAL DETAILS |
| S8 | STRUCTURAL: HEAVY TIMBER DETAILS |
| S9 | ENTRY FOUNDATION DETAILS and ARCHITECTURAL SECTIONS |

RIDER B, PAGE 6

FIRE PROTECTION, MECHANICAL and PLUMBING

| | | |
|---|---|---|
| P0.1 | PLUMBING: | SYMBOLS & LEGENDS |
| P1.1 | PLUMBING: | FIRST FLOOR PLAN |
| P2.1 | PLUMBING: | SECOND FLOOR PLAN |
| P3.1 | PLUMBING: | PART PLANS and DETAILS |
| FP0.1 | FIRE PROTECTION: | SYMBOLS & LEGENDS |
| FP1.1 | FIRE PROTECTION: | FIRST FLOOR PLAN |
| FP2.1 | FIRE PROTECTION: | SECOND FLOOR PLAN |
| FP3.1 | FIRE PROTECTION: | BUILDING SECTIONS |
| M0.1 | MECHANICAL: | SYMBOLS & LEGENDS |
| M0.2 | MECHANICAL: | HVAC FLOW DIAGRAM |
| M1.1 | MECHANICAL: | FIRST FLOOR PLAN: DUCTWORK |
| MP1.2 | MECHANICAL: | FIRST FLOOR PLAN: PIPING |
| M2.1 | MECHANICAL: | SECOND FLOOR PLAN: DUCTWORK |
| MP2.2 | MECHANICAL: | SECOND FLOOR PLAN: PIPING |
| M4.1 | MECHANICAL: | MECHANICAL EQUIPMENT SECTIONS |
| M5.1 | MECHANICAL: | TYPICAL DETAILS |
| M5.2 | MECHANICAL: | TYPICAL DETAILS |
| M8.1 | MECHANICAL: | TYPICAL SCHEDULES |

ELECTRICAL

| | | |
|---|---|---|
| E2.1 | ELECTRICAL: | SITE PLAN |
| E2.2 | ELECTRICAL: | SITE PLAN |
| E1 | ELECTRICAL: | FIRST FLOOR LIGHTING |
| E2 | ELECTRICAL: | FIRST FLOOR POWER & SYSTEMS PLAN |
| E3 | ELECTRICAL: | SECOND FLOOR LIGHTING |
| E4 | ELECTRICAL: | SECOND FLOOR POWER & SYSTEMS PLAN |
| E5 | ELECTRICAL: | DETAILS |
| E6 | POWER DISTRIBUTION ONE-LINE | |
| E7 | SYMBOLS, NOTES & SCHEDULES | |

END OF SECTION 01014

To the extent permitted by law, Subcontractor shall indemnify, hold harmless Owner, Contractor, Architect, Architect's consultants, and agents and employees of any of them from and against all claims, damages, losses and expenses including but not limited to attorney's fees arising out of or resulting from the performance of the work, provided that any such claim, damage, loss or expense (a) is attributable to bodily injury, sickness, disease or death, or to injury to or destruction of tangible property (other than the work itself) including the loss of use resulting therefrom, and (b) is caused in whole or in part by any act or omission of Subcontractor or anyone directly or indirectly employed by it or anyone for whose acts it may be liable pursuant to the performance of this Subcontract, regardless of whether or not it is cause din part by a party indemnified hereunder. Notwithstanding the foregoing, Subcontractor's obligation to indemnify Owner, Contractor, Architect, Architect's consultants, and agents and employees of any of them for any judgment, mediation or arbitration award or settlement shall extend only to the percentage of negligence of Subcontractor or anyone directly or indirectly employed by it or anyone for whose acts it may be liable in connection to such claim, damage, loss or expense. In any and all claims against Contractor or any of its agents or employees, employee of subcontractor, the indemnification obligation under this paragraph shall not be limited by any limitations of amount or type of damages, compensation or benefits payable by or for Subcontractor under workers' compensation and benefit acts or other employee benefit acts.

In addition to the foregoing agreement of indemnity, and not in substitution thereof, Subcontractor shall procure and keep in force insurance, of the following types of coverage and limits of liability:

a) Workmen's Compensation and Employers Liability

(i) Employers Liability Insurance accordance with the laws of any state applicable to the work to be performed hereunder, with limits of at least $500,000 each accident for bodily injury by accident and $500,000 each employee for injury by disease.

(ii) Where applicable, United States Longshoreman's and Harborworkers Compensation Act Endorsement shall be attached to the policy.

(iii) Where applicable, the Maritime Coverage Endorsement shall be attached to the policy.

b) Comprehensive General Liability & Products/Completed Liability Insurance ("CGL") - covering all operations required to complete the work, including coverage for damage caused by explosion, collapse or structural injury and damage to underground utilities with limits of Insurance of not less than $1,000,000.00 each occurrence and not less that $2,000,000.00 annual aggregate.

(i) If the CGL coverage contains a General Aggregate Limit, such General Aggregate shall apply separately to each project.

(ii) CGL coverage shall be written on ISO Occurrence form CG 00 01 1093 or a substitute form providing equivalent coverage and shall cover liability arising from premises, operations, independent contractors, products-completed operations, and personal and advertising injury.

(iii) Contractor, Owner, and all other parties required of Contractor, shall be included as insured on the CGL, using ISO Additional Insured Endorsement CG 20 10 11 85 or an endorsement providing equivalent coverage to the additional insured. This insurance for the additional insured shall be as broad as the coverage provided for the named insured subcontractor. It shall apply as Primary Insurance before any other insurance or self-insurance, including any deductible, maintained by, or provided to, the additional insured.

(iv) Subcontractor shall maintain CGL coverage for itself and all additional insured for the duration of the project and maintain Completed Operations coverage for itself and each

additional insured until the later of 3 years after completion of the project or the end of the warranty period

c) Comprehensive Automobile Liability

(i) Business Automobile Liability with limits of at least $1,000,000.00 each accident.
(ii) Business Auto Coverage must include coverage for liability arising out of owned, leased, hired and non-owned automobiles.
(iii) Contractor, Owner and all other parties required of Contractor shall be included as insured on the auto policy.

d) Commercial Umbrella

(i) Umbrella limits must be at least $1,000,000.00.
(ii) Umbrella coverage must include as insured all entities that are additional insured on the CGL.
(iii) Umbrella coverage for such additional insured shall apply as primary before any other insurance or self-insurance, including any deductible, maintained by, or provided to, the additional insured other than the CGL, Auto Liability and Employers Liability coverage maintained by Subcontractor.

e) Waiver of Subrogation - Subcontractor waives all rights against Contractor, Owner and Architect and their agents, officers, directors and employees for recovery of damages to the extent the damages are covered by commercial general liability, commercial umbrella liability, business auto liability or workers compensation and employers liability insurance maintained per requirements stated in this Subcontract, and a waiver of subrogation shall be included on all policies.

f) Subcontractor shall, within five (5) days after the execution of this agreement, furnish, in the number of copies requested and in form satisfactory to Contractor, Certificates of Insurance from an insurance company or companies acceptable to Contractor certifying that all of the above described required insurance policies have been effected and are in force. Each certificate shall contain or have attached the specified Additional Insured Endorsement. Such Certificates shall provide that the insurance carrier or carriers shall give Contractor thirty (30) days written notice prior to the effective date of cancellation or termination.

Any word implying relief from this requirement is to be stricken. As an example, accord form number 25 contains the words "will endeavor" and "failure to mail such notice shall impose no obligation or liability of any kind upon the company." These phrases must be crossed out.

g) If Subcontractor fails to furnish or maintain any of the above described insurance, Contractor shall have the right in its sole discretion: to avoid this Subcontract Agreement in its entirety, or, to procure and maintain said insurance, at the sole cost and expense of Subcontractor, Subcontractor shall, when requested, furnish all information necessary to make effective and maintain such insurance.

**Louie Petrucci**

**From:** Raymond White [rwhite@wcarr.com]
**Sent:** Friday, September 12, 2003 4:04 AM
**To:** Louie Petrucci
**Cc:** mbagnall@wcarr.com
**Subject:** RE: Fish & Wildlife

Lou,

Where is the signed contract and you do not have to post a P/P Bond.

RW

-----Original Message-----
**From:** Louie Petrucci [mailto:lpetrucci@interelec.com]
**Sent:** Thursday, September 11, 2003 2:59 PM
**To:** Raymond White
**Subject:** RE: Fish & Wildlife
**Importance:** High

OK

In speaking with my Tele/data person I found that we quoted 1 pair of fiber to the 26 designated outlets. The 6 pair stated is more like a back bone for a high rise. Is this correct?

Louis P. Petrucci Jr.
Interstate Electrical Services Corporation
lpetrucci@interelec.com
V 401.737.6100
F 401.737.6127

-----Original Message-----
**From:** Raymond White [mailto:rwhite@wcarr.com]
**Sent:** Wednesday, September 10, 2003 3:40 PM
**To:** Louie Petrucci
**Subject:** RE: Fish & Wildlife

I will fax a rate sheet to you; the rate is appox $27 plus bennies

-----Original Message-----
**From:** Louie Petrucci [mailto:lpetrucci@interelec.com]
**Sent:** Wednesday, September 10, 2003 10:43 AM
**To:** Raymond White
**Subject:** Fish & Wildlife
**Importance:** High

Ray:

We are on site today to wire the generator to the site trailer. I will be meeting today at 2PM with the power company.

INTERSTATE ELECTRICAL SERVICES
58 KENT AVENUE
WARWICK, RI 02886
PHONE: (401) 737-6100
FAX: (401) 737-6127

# facsimile transmittal

| | | | |
|---|---|---|---|
| To: | John S | From: | Louis P. Petrucci, Jr. |
| Company: | IES | Date: | 11/18/2003 |
| Re: | Fish & Wildlife | Pages: | 4 (including cover page) |
| CC: | | Fax: | |

☐ Urgent ☑ For Review ☐ Please Comment ☐ Please Reply

**Notes:**

This is an agreement between IES and Crown Supply to service the program portion of the Fire Alarm as per the requirements of the Electrical Engineer. The Engineer wants an agreement in the advent that an emergency program in the middle of the night is required.

Can I sign it?

This Agreement does not provide for the cost of disposal of any hazardous waste materials, or hazardous materials, encountered in any of the Covered System(s) and/or during performance of the Services, which shall at all times remain the property of the SUBSCRIBER. FIRE & EMERGENCY SERVICES, INC. shall not be responsible for removal and/or disposal of such hazardous materials.

CONTRACTOR RESPONSIBILITIES

FIRE & EMERGENCY SERVICES, INC. shall perform Service(s) in accordance with the level of service selected by the SUBSCRIBER. This includes, where applicable, the repair, adjustment, or replacement, at FIRE & EMERGENCY SERVICES, INC'S sole option, of the Covered System(s).

TERM OF AGREEMENT

This Agreement will begin on the Agreement Date indicated on the front page and continue for an initial term of one(1) year, and continue thereafter from year to year unless terminated in the manner specified on the front page of this Agreement.

WARRANTY DISCLAIMER

EXCEPT AS EXPRESSLY SET FORTH HEREIN, FIRE & EMERGENCY SERVICES, INC. DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE WITH RESPECT TO THE SERVICES PERFORMED OR THE PRODUCTS, SYSTEMS OR EQUIPMENT SUPPORTED HEREUNDER. FIRE & EMERGENCY SERVICES, INC. MAKES NO WARRANTY OR REPRESENTATION, AND UNDERTAKES NO OBLIGATION TO ENSURE BY THE SERVICES PERFORMED UNDER THIS AGREEMENT, THAT FIRE & EMERGENCY SERVICES, INC.'S PRODUCTS OR THE SYSTEMS OR EQUIPMENT OF SUBSCRIBER WILL CORRECTLY HANDLE THE PROCESSING OF CALENDAR DATES BEFORE OR AFTER DECEMBER 31, 1999. NO PROMISE NOT CONTAINED HEREIN OR AFFIRMATION OF FACT MADE BY ANY EMPLOYEE, AGENT OR REPRESENTATIVE OF FIRE & EMERGENCY SERVICES, INC. SHALL CONSTITUTE A WARRANTY BY THE CONTRACTOR OR GIVE RISE TO ANY LIABILITY OR OBLIGATION.

LIMITATION OF LIABILITY

It is understood and agreed by the SUBSCRIBER that FIRE & EMERGENCY SERVICES, INC. is not an insurer and that insurance, if any, covering personal injury and property damage on the SUBSCRIBER'S premises shall be obtained by the SUBSCRIBER; that FIRE & EMERGENCY SERVICES, INC. is being paid for the Services and/or maintenance of the Covered System(s) designed to reduce certain risks of loss. FIRE & EMERGENCY SERVICES, INC. is not guaranteeing that no loss will occur, and SUBSCRIBER agrees that FIRE & EMERGENCY SERVICES, INC. is not responsible for any losses that may occur, even if such loss is due to FIRE & EMERGENCY SERVICES, INC.'S negligent performance or failure to perform any obligation under this Agreement, or the performance or failure of any FIRE & EMERGENCY SERVICES, INC. device or Covered System(s).

If, notwithstanding the above provisions, there should arise any liability on the part of FIRE & EMERGENCY SERVICES, INC., such liability to SUBSCRIBER for any damages arising from performance under this contract shall be limited to the contract price. SUBSCRIBER shall indemnify and hold FIRE & EMERGENCY SERVICES, INC. harmless and defend FIRE & EMERGENCY SERVICES, INC. from any and all third party claims for personal injury, death, property damage or economic loss arising from SUBSCRIBER'S failure to maintain these systems or keep them in operative condition whether based upon contract, warranty, tort, strict liability or otherwise, including reasonable defense costs, arising from any such claim. FIRE & EMERGENCY SERVICES, INC. reserves the right to be represented in any such action by its own counsel at its own expense. In no event shall FIRE & EMERGENCY SERVICES, INC. be liable for any special, indirect, incidental, consequential or liquidated, penal or any economic loss damages of any character, including but not limited to loss of use of the SUBSCRIBER'S property, lost profits or lost production, whether claimed by SUBSCRIBER or any third party, irrespective of whether claims or actions for such damages are based upon contract, warranty, negligence, tort, strict liability or otherwise. IN NO EVENT SHALL FIRE & EMERGENCY SERVICES, INC. BE LIABLE FOR ANY DAMAGE, LOSS, INJURY, OR ANY OTHER CLAIM ARISING FROM ANY SERVICING, ALTERATIONS, MODIFICATIONS, CHANGES, OR MOVEMENTS OF THE COVERED SYSTEM(S) OR ANY OF ITS COMPONENT PARTS BY THE SUBSCRIBER OR ANY THIRD PARTY. FIRE & EMERGENCY SERVICES, INC. SHALL NOT BE RESPONSIBLE FOR INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES OF ANY KIND INCLUDING BUT NOT LIMITED TO DAMAGES ARISING FROM THE USE, LOSS OF THE USE, PERFORMANCE, OR FAILURE OF THE COVERED SYSTEM(S) TO PERFORM.

INSURANCE

SUBSCRIBER shall list FIRE & EMERGENCY SERVICES, INC., its officers, employees, agents, subcontractors, suppliers and representatives as additional insureds on all of its insurance policies in effect on the premises.

NOTICES

Any notice which either party hereto may be required to give hereunder to the other party shall be delivered by depositing the same in the United States mail, registered or certified, postage prepaid to the respective addresses contained in this Agreement.

FORCE MAJEURE

FIRE & EMERGENCY SERVICES, INC. shall not be responsible for failure to render Services due to causes beyond its control including but not limited to work stoppages, fires, civil disobedience, riots, rebellions, acts of God, or any other cause beyond the control of FIRE & EMERGENCY SERVICES, INC.

SEVERABILITY

This Agreement shall be governed by, construed, and enforced in accordance with the laws of the State of Rhode Island. If any clause or provision herein contained shall be declared void as in violation of any law, statute, or decision, the same shall be deemed stricken and the remainder of the Agreement shall remain in full force and effect.

______
Initial

(FIRE & EMERGENCY SERVICES, INC. Service Agreement)
TERMS AND CONDITIONS

GENERAL PROVISIONS

The SUBSCRIBER has selected the service level it desires after considering and balancing various levels of protection afforded, and their related costs. The SUBSCRIBER acknowledges and agrees that by this Service Agreement, FIRE & EMERGENCY SERVICES, INC., unless specifically stated, does not undertake any obligation to maintain or render the SUBSCRIBER'S system or equipment as Year 2000 compliant, which for this purpose shall mean capable of correctly handling the processing of calendar dates before or after December 31, 1999. The terms and conditions of this Agreement and any attached pages are an important part of this Agreement and are hereby incorporated by reference and accepted by the SUBSCRIBER. This writing is intended by FIRE & EMERGENCY SERVICES, INC. and the SUBSCRIBER as a final expression of their Agreement and as a complete and exclusive statement of the terms and conditions thereof. This Agreement supersedes all prior representations, and understandings or agreements between FIRE & EMERGENCY SERVICES, INC. and the SUBSCRIBER, written or oral, and shall constitute the sole terms and conditions of sale for all equipment and services. No waiver, change, and/or modification of any terms or conditions of this Agreement shall be binding on FIRE & EMERGENCY SERVICES, INC. unless made in writing and signed by an officer of FIRE & EMERGENCY SERVICES, INC.

All work to be performed by FIRE & EMERGENCY SERVICES, INC. will be performed during normal working hours (8:00 a.m. to 5:00 p.m. local time) of normal working days (Monday through Friday, excluding Fire & Emergency Services, Inc. holidays), as defined by FIRE & EMERGENCY SERVICES, INC., unless additional times are specifically described in a special provision to this Agreement.

FIRE & EMERGENCY SERVICES, INC. will service one or more system(s) components including hardware and/or software as described in a special provision to this Agreement.

The SUBSCRIBER shall promptly notify FIRE & EMERGENCY SERVICES, INC. of any malfunction in the Covered System(s) which comes to the SUBSCRIBER'S attention. This Agreement assumes the Covered System(s) covered are in operational and maintainable condition as of the Agreement date. If, upon initial inspection, FIRE & EMERGENCY SERVICES, INC. determines that repairs are necessary, repair charges will be submitted for approval prior to any work. Should these charges be declined, all items that are not repaired will be eliminated from the Services and the Agreement price adjusted accordingly.

Repair, replacement, and emergency response obligations, if any, apply only to the Covered System(s) components. Repair or replacement of non-maintainable parts of the Covered System(s) including, but not limited to, unit cabinets, insulating material, electrical wiring, structural supports, and all other non-moving parts, is not included under this Agreement.

Reloading computer software, making repairs or replacements necessitated by reason of negligence or misuse of the equipment by others, or caused by lightning, electrical storm, or other violent weather, or by any other cause beyond FIRE & EMERGENCY SERVICES, INC.'S control, except ordinary wear and tear, is expressly excluded from this Agreement unless added by an express scope of work.

EMERGENCY SERVICE EXCLUSIONS & BILLABLE RATES

This Agreement does not include Emergency Services. The Agreement price does not included travel expenses, parts and labor charges required as a result of accident fire, storm, water, negligence, misuse, vandalism, power failure, current fluctuations, lightning strikes, failure due to non-FIRE & EMERGENCY SERVICES, INC. installation, parts, service, attachments, or devices, or any other cause external to the Covered System(s). Service calls during normal working hours will be billed at Ninety Dollars ($90.00) per hour, plus parts and travel expenses. Service calls after normal working hours will be billed at One Hundred Forty Dollars ($140.00) per hour, plus parts and travel expenses. Service calls on Sundays or holidays as determined by FIRE & EMERGENCY SERVICES, INC. will be billed at One Hundred Ninety Dollars ($190.00) per hour, plus parts and travel expenses.

PERIPHERAL DEVICES

The purchase of peripheral devices, (e.g. smoke detectors, passive infrared detectors, card readers, etc.) from FIRE & EMERGENCY SERVICES, INC. shall be subject to the terms and conditions of this Agreement, notwithstanding any different terms and conditions in the SUBSCRIBER'S purchase order. If, in FIRE & EMERGENCY SERVICES, INC.'S sole judgement, any peripheral device which is attached to the Covered System(s), whether provided by FIRE & EMERGENCY SERVICES, INC. or a third party, interferes with the proper operation of the Covered System(s), the SUBSCRIBER shall remove or replace such device upon notice from FIRE & EMERGENCY SERVICES, INC. Failure of the SUBSCRIBER to remove the device shall constitute a material breach of this Agreement. If the SUBSCRIBER adds any third party device or equipment to the Covered System(s), FIRE & EMERGENCY SERVICES, INC. shall not be responsible for any damage to or failure of the Covered System(s) caused in whole or in part by such device or equipment.

SUBSCRIBER RESPONBIBILITIES

SUBSCRIBER further agrees to:

- Provide FIRE & EMERGENCY SERVICES, INC. access to the Covered System(s) to be serviced,
- Provide ladders, lifts, and any other equipment necessary for FIRE & EMERGENCY SERVICES, INC. to access the Covered System(s) to be serviced,
- Supply suitable electrical service,
- Provide a safe work environment,
- In the event of an emergency at Covered System(s) failure, take reasonable safety precautions to protect against personal injury, death and property damage. Such measures shall continue until the Covered System(s) are operational. Owner shall notify FIRE & EMERGENCY SERVICES, INC. as soon as practical under the circumstances,
- To make payments as provided in this Agreement.

HAZARDOUS MATERIALS

The SUBSCRIBER represents that, except to the extent that FIRE & EMERGENCY SERVICES, INC. has been given written notice of the following hazards prior to the execution of this Agreement, to the best of the SUBSCRIBER'S knowledge there is no:

- "permit confined space", as defined by OSHA,
- risk of infectious disease,
- need for air monitoring, respiratory protection, or other medical risk,
- asbestos, asbestos-containing material, formaldehyde or other potentially toxic or otherwise hazardous material contained in or on the surface of the floors, walls, ceilings, insulation or other structural components of the area of any building where work is required to be performed under this Agreement.

All of the above are hereinafter referred to as "hazardous conditions". FIRE & EMERGENCY SERVICES, INC. shall have the right to rely on the representations listed above. If hazardous conditions are encountered by FIRE & EMERGENCY SERVICES, INC. during the course of FIRE & EMERGENCY SERVICES, INC.'S work, the discovery of such materials shall constitute an event beyond FIRE & EMERGENCY SERVICES, INC.'S control and FIRE & EMERGENCY SERVICES, INC. shall have no obligation to further perform in the area where the hazardous conditions exist until the area has been made safe by the SUBSCRIBER, and payment of disruption expenses as determined by FIRE & EMERGENCY SERVICES, INC.

The SUBSCRIBER shall indemnify and hold FIRE & EMERGENCY SERVICES, INC. harmless for any damages resulting from the exposure of workers to hazardous conditions, including damages for bodily injury and/or property damage, any consequential or indirect damages, and any attorneys' fees and expert costs incurred in connection with any such event, whether or not the SUBSCRIBER pre-notifies FIRE & EMERGENCY SERVICES, INC. of the existence of said hazardous conditions.

______
Initial

Crown Supply Co.,Inc. in Conjunction With
FIRE & EMERGENCY SERVICES, INC.
P.O. Box 17027
Esmond, RI 02917
(401) 233-0046
Emergency # (401) 233-0045

NEW CONTRACT X
RENEWAL ___

I. ~~CONTRACT FOR AUTOMATIC SPRINKLER EQUIPMENT INSPECTION~~ ___
II. PROGRAMMING OF FIRE ALARM SYSTEM AND DETECTION EQUIPMENT X
III. ~~CONTRACT FOR SUPPRESSION SYSTEM & PORTABLE FIRE EXTINGUISHERS~~ ___
IV. ~~CONTRACT FOR ANNUAL FIRE PUMP TEST~~ ___

AGREEMENT made this ____ day of ____________, 2003, between FIRE & EMERGENCY SERVICES, INC., hereinafter called the Contractor and Interstate Electrical Services Corp. whose address is 58 Kerr Avenue, Warwick, RI 02886, hereinafter called the Subscriber, for the above indicated contract option.

WITNESSETH, that:
Subscriber owns and/or occupies or performs work on premises located at Rhode Island Fish and Wildlife Service of Rhode Island NWR Complex, Charlestown, RI wherein there is now installed certain automatic sprinkler and/or fire alarm and detection, fire suppression, portable extinguisher equipment, to wit:

== PROGRAMMING OF FIRE ALARM SYSTEM AND DETECTION EQUIPMENT AS NEEDED

SCOPE OF WORK
Contractor shall inspect and/or test or program the equipment described herein in accordance with the contract option selected above and the Contractor's then current Report Form. All shall be in accordance with the terms and conditions contained herein, on the reverse side hereof, and/or attached hereto and made a part hereof.
NUMBER OF INSPECTIONS
Contractor shall inspect and/or test said installation, during normal working hours __nc__ times per year at regular intervals.
TERM
The term of this Agreement shall be one (1) year from the date hereof and shall be automatically renewed each year hereafter until the same shall be terminated by either party on at least thirty (30) days written notice being given to the other party prior to the anniversary date thereof. Contractor's then current charges shall apply for each renewal period.
COST OF INSPECTION AND PAYMENT
The Subscriber shall pay the Annual Sum of ________nc________ Dollars ($ ). Payment is due upon receipt of invoice. All payments for Service(s) shall be made in advance of the period during which Services are to be performed unless specifically described in a special provision to this Agreement. If the Subscriber fails to pay the full amount due, Contractor may, at its option, terminate this contract, and, in any event, will not be obligated to perform any additional work until payment of the amount past due has been received by Contractor. Subscriber's failure to make payment when due is a material breach of this Agreement.
Subscriber agrees to pay all taxes, permits, and other charges including but not limited to state and local sales and excise taxes, however designated, levied or based on the service charges pursuant to this Agreement.
Charges for work outside the scope of this Agreement shall be billed at the applicable Fire & Emergency Services, Inc. rate for labor, materials and travel. Subscriber shall make payment within fifteen (15) days of receipt of an invoice for such work.

REPORT OF INSPECTION
Notice of this Agreement and copies of all Reports of Inspection and/or test will be forwarded by the Contractor to the local Fire Marshal's office, the owner or owner representative for submittal to the insurance authority having jurisdiction, and to the Subscriber. Notice of termination or change in number of inspections per year by the Contractor shall be given to the insurance authority.

THE SUBSCRIBER AGREES TO PURCHASE, AND FIRE & EMERGENCY SERVICES, INC. AGREES TO PROVIDE THE SERVICES IDENTIFIED IN THIS AGREEMENT SUBJECT TO MANAGEMENT APPROVAL AND CONTINUANCE OF CREDIT APPROVAL BY FIRE & EMERGENCY SERVICES, INC. NO WAIVER, CHANGE, OR MODIFICATION OF ANY TERMS OR CONDITIONS OF THIS AGREEMENT SHALL BE BINDING ON FIRE & EMERGENCY SERVICES, INC. UNLESS MADE IN WRITING AND SIGNED BY AN OFFICER OR AUTHORIZED MANAGER OF FIRE & EMERGENCY SERVICES, INC. THE TERMS ON THE REVERSE SIDE AS WELL AS ANY ATTACHMENTS HERETO ARE PART OF THIS AGREEMENT AND ARE HEREBY ACCEPTED BY THE UNDERSIGNED.

FIRE & EMERGENCY SERVICES, INC.
By: ____________________
Title: ____________________
Date: ____________________

SUBSCRIBER
____________________
Signed: ____________________
By: ____________________
Title: ____________________
Date: ____________________
Phone number: ____________________

APPROVED:
FIRE & EMERGENCY SERVICES, INC.
By: ____________________
PROPOSAL NO. ____________________