EXHIBIT 1
Part 3 of 3

Exhibit 2

| ID | | Task Name | Duration | Start | Finish | Predece | Resource Names |
|---|---|---|---|---|---|---|---|
| 1 | | **Two-story Administration & Visitors Center (14,40** | **178 days** | **Thu 8/7/03** | **Tue 4/13/04** | | |
| 2 | | **General Conditions** | **28 days** | **Thu 8/7/03** | **Mon 9/15/03** | | |
| 3 | | Notice of contract award | 1 day | Thu 8/7/03 | Thu 8/7/03 | | G.C. general management |
| 4 | ▦ | Submit bond and insurance documents | 1 day | Thu 8/14/03 | Thu 8/14/03 | | G.C. project management,G.C. gener |
| 5 | ▦ | Prepare and submit schedule of values | 1 day | Mon 8/18/03 | Mon 8/18/03 | | G.C. general management,G.C. projec |
| 6 | ▦ | Prepare and submit project schedule | 1 day | Mon 8/25/03 | Mon 8/25/03 | | G.C. project management,G.C. sched |
| 7 | ▦ | Submit preliminary shop drawings | 1 wk | Mon 8/25/03 | Fri 8/29/03 | | G.C. project management,G.C. procur |
| 8 | ▦ | Submit monthly requests for payment | 1 day | Mon 9/15/03 | Mon 9/15/03 | | |
| 9 | | **Long Lead Procurement** | **76 days** | **Mon 8/25/03** | **Fri 12/5/03** | | |
| 10 | ▦ | Submit shop drawings and order long lead it | 15 wks | Mon 8/25/03 | Fri 12/5/03 | | Elevator contractor management |
| 11 | ▦ | Submit shop drawings and order long lead it | 10 wks | Mon 8/25/03 | Fri 10/31/03 | | Timber Supplier |
| 12 | | **Mobilize on Site** | **7 days** | **Mon 9/1/03** | **Tue 9/9/03** | | |
| 13 | ▦ | Install temporary power | 2 days | Mon 9/8/03 | Tue 9/9/03 | 7 | Electric contractor |
| 14 | | Install temporary water service | 1 day | Mon 9/1/03 | Mon 9/1/03 | 7 | Plumbing contractor |
| 15 | | Set up site office | 1 day | Mon 9/1/03 | Mon 9/1/03 | 7 | G.C. superintendent,G.C. labor crew[1 |
| 16 | | Set line and grade benchmarks | 3 days | Mon 9/1/03 | Wed 9/3/03 | 7 | G.C. survey crew |
| 17 | | Prepare site | 2 days | Thu 9/4/03 | Fri 9/5/03 | 16 | Site grading contractor,G.C. labor crev |
| 18 | | **Site Grading and Utilities** | **58 days** | **Mon 9/8/03** | **Wed 11/26/03** | | |
| 19 | | Clear and grub site | 1 day | Mon 9/8/03 | Mon 9/8/03 | 17 | Site grading contractor |
| 20 | | Rough grade site (cut and fill) | 1 day | Tue 9/9/03 | Tue 9/9/03 | 19 | Site grading contractor |
| 21 | | Erect building batter boards and layout buildi | 2 days | Wed 9/10/03 | Thu 9/11/03 | 20 | G.C. survey crew |
| 22 | ▦ | Fire protection tanks | 3 days | Mon 10/20/03 | Wed 10/22/03 | 50 | Site grading contractor |
| 23 | ▦ | Underground utilities | 3 days | Mon 10/20/03 | Wed 10/22/03 | 50 | Site grading contractor |
| 24 | | Septic system | 1 wk | Thu 10/23/03 | Wed 10/29/03 | 23 | Site grading contractor |
| 25 | | Roof drainage outfalls | 1 wk | Thu 10/30/03 | Wed 11/5/03 | 24 | Site grading contractor |
| 26 | | Grade, loam, boulders and stone | 1 wk | Thu 11/6/03 | Wed 11/12/03 | 25 | Site grading contractor |
| 27 | | Site concrete | 1 wk | Thu 11/13/03 | Wed 11/19/03 | 26 | |
| 28 | | Paving and striping | 1 wk | Thu 11/20/03 | Wed 11/26/03 | 27 | Site grading contractor |
| 29 | | **Foundations** | **14 days** | **Mon 9/15/03** | **Thu 10/2/03** | | |
| 30 | ▦ | Excavate foundations | 3 days | Mon 9/15/03 | Wed 9/17/03 | | Site grading contractor |
| 31 | | Excavate elevator pit | 1 day | Thu 9/18/03 | Thu 9/18/03 | 30 | Site grading contractor |
| 32 | | Rough-in electric and plumbing in elevator | 1 day | Fri 9/19/03 | Fri 9/19/03 | 31 | Plumbing contractor,Electric contracto |
| 33 | | Form elevator pit walls | 1 day | Fri 9/19/03 | Fri 9/19/03 | 31 | G.C. rough carpenter crew |
| 34 | | Set reinforcing and anchor bolts | 1 day | Fri 9/19/03 | Fri 9/19/03 | 31 | G.C. rough carpenter crew |
| 35 | | Pour foundation walls | 2 days | Mon 9/22/03 | Tue 9/23/03 | 34 | G.C. concrete crew |
| 36 | | Pour concrete elevator walls | 1 day | Mon 9/22/03 | Mon 9/22/03 | 34 | G.C. concrete crew |

| ID | | Task Name | Duration | Start | Finish | Predece | Resource Names |
|---|---|---|---|---|---|---|---|
| 37 | | Cure elevator wall concrete | 4 days | Tue 9/23/03 | Fri 9/26/03 | 36 | G.C. labor crew |
| 38 | | Cure piers and foundations | 4 days | Tue 9/23/03 | Fri 9/26/03 | 36 | G.C. labor crew |
| 39 | | Strip wall forms | 1 day | Mon 9/29/03 | Mon 9/29/03 | 38 | G.C. labor crew |
| 40 | | Install pneumatic tube in elevator pit | 2 days | Tue 9/30/03 | Wed 10/1/03 | 39 | Elevator contractor |
| 41 | | Prepare and pour concrete floor in elevator p | 1 day | Thu 10/2/03 | Thu 10/2/03 | 40 | G.C. concrete crew |
| 42 | | **Form and Pour Concrete - Structural Slab** | **11 days** | **Fri 10/3/03** | **Fri 10/17/03** | | |
| 43 | | Install rebar and in-floor utilities (including m | 3 days | Fri 10/3/03 | Tue 10/7/03 | 41 | G.C. labor crew,Plumbing contractor,E |
| 44 | | Form 1st floor | 2 days | Fri 10/3/03 | Mon 10/6/03 | 41 | G.C. rough carpenter crew |
| 45 | | Install electrical underground | 3 days | Tue 10/7/03 | Thu 10/9/03 | 44 | Electric contractor |
| 46 | | Install plumbing underground | 2 days | Tue 10/7/03 | Wed 10/8/03 | 44 | Plumbing contractor |
| 47 | | Install rebar and in-floor utilities | 2 days | Tue 10/7/03 | Wed 10/8/03 | 44 | G.C. labor crew[33%],Plumbing contra |
| 48 | | Pour 1st floor slab | 2 days | Thu 10/9/03 | Fri 10/10/03 | 47 | G.C. concrete crew |
| 49 | | Cure 1st floor slab | 4 days | Mon 10/13/03 | Thu 10/16/03 | 48 | G.C. labor crew |
| 50 | | Strip forms from 1st floor slab | 1 day | Fri 10/17/03 | Fri 10/17/03 | 49 | G.C. labor crew |
| 51 | | **Carpentry Work** | **38 days** | **Mon 10/20/03** | **Wed 12/10/03** | | |
| 52 | | Install rough framing, sheathing and door fra | 4 wks | Mon 10/20/03 | Fri 11/14/03 | 50 | G.C. rough carpenter crew |
| 53 | | Install rough framing, sheathing and door fra | 2 wks | Mon 11/17/03 | Fri 11/28/03 | 52 | G.C. rough carpenter crew |
| 54 | | Windows | 3 days | Mon 12/1/03 | Wed 12/3/03 | 53 | G.C. rough carpenter crew |
| 55 | | Install cedar siding | 1 wk | Thu 12/4/03 | Wed 12/10/03 | 54 | G.C. finish carpenter crew |
| 56 | | **Steel Erection** | **34 days** | **Wed 10/15/03** | **Mon 12/1/03** | | |
| 57 | | Erect steel columns and beams - 1st | 2 days | Wed 10/15/03 | Thu 10/16/03 | | Steel erection contractor |
| 58 | | Install stairs and miscellaneous iron railing | 2 days | Fri 10/17/03 | Mon 10/20/03 | 57 | Steel erection contractor |
| 59 | | Install miscellaneous iron and bracing - 2nd | 1 day | Mon 12/1/03 | Mon 12/1/03 | 53 | Steel erection contractor |
| 60 | | **Elevators** | **20 days** | **Mon 12/8/03** | **Fri 1/2/04** | | |
| 61 | | Set elevator equipment in shafts | 2 wks | Mon 12/8/03 | Fri 12/19/03 | 10 | Elevator contractor |
| 62 | | Set equipment in mechanical room | 1 wk | Mon 12/22/03 | Fri 12/26/03 | 61 | Elevator contractor |
| 63 | | Test and align doors and equipment | 1 wk | Mon 12/29/03 | Fri 1/2/04 | 62 | Elevator contractor |
| 64 | | **Masonry Work** | **25 days** | **Mon 11/17/03** | **Fri 12/19/03** | | |
| 65 | | Install CMU masonry work | 2 wks | Mon 11/17/03 | Fri 11/28/03 | 52 | Masonry contractor |
| 66 | | Install rubble masonry work | 3 wks | Mon 12/1/03 | Fri 12/19/03 | 65 | Masonry contractor |
| 67 | | **Roofing** | **20 days** | **Mon 12/1/03** | **Fri 12/26/03** | | |
| 68 | | Install roofing | 2 wks | Mon 12/1/03 | Fri 12/12/03 | 53 | Roofing contractor |
| 69 | | Install roof ventilators | 2 days | Mon 12/15/03 | Tue 12/16/03 | 68 | Roofing contractor |
| 70 | | Install rake, eaves and down spouts | 8 days | Wed 12/17/03 | Fri 12/26/03 | 69 | Roofing contractor |
| 71 | | **Window Wall and Store Front Closures** | **15 days** | **Mon 12/1/03** | **Fri 12/19/03** | | |
| 72 | | Install window wall aluminum and glass | 2 wks | Mon 12/1/03 | Fri 12/12/03 | 53 | Storefront contractor |

| ID | ⓘ | Task Name | Duration | Start | Finish | Predece | Resource Names |
|---|---|---|---|---|---|---|---|
| 73 | | Install translucent panels | 1 wk | Mon 12/15/03 | Fri 12/19/03 | 72 | Storefront contractor |
| 74 | | Building Finishes | 58 days | Mon 12/29/03 | Wed 3/17/04 | | |
| 75 | | Install interior insulation | 1 wk | Mon 12/29/03 | Fri 1/2/04 | 97 | Insulation contractor |
| 76 | | Install gypsum board | 4 wks | Mon 1/5/04 | Fri 1/30/04 | 75 | Drywall contractor |
| 77 | | Gypsum ceiling | 1 wk | Mon 2/2/04 | Fri 2/6/04 | 76 | Drywall contractor |
| 78 | | Acoustical ceiling grid and tile | 1 wk | Mon 2/9/04 | Fri 2/13/04 | 77 | Drywall contractor |
| 79 | | Install wood ceilings | 1 wk | Mon 2/9/04 | Fri 2/13/04 | 77 | G.C. finish carpenter crew |
| 80 | | Install ceramic tile | 1 wk | Mon 2/9/04 | Fri 2/13/04 | 77 | Carpet contractor |
| 81 | | Paint | 1 wk | Mon 2/16/04 | Fri 2/20/04 | 80 | Painting contractor |
| 82 | | Install interior doors, hardware and accessor | 1 wk | Mon 2/23/04 | Fri 2/27/04 | 81 | G.C. finish carpenter crew |
| 83 | | Install building carpet and vct | 1 wk | Mon 3/1/04 | Fri 3/5/04 | 82 | Carpet contractor |
| 84 | | Install millwork and wood trim | 1 wk | Mon 3/8/04 | Fri 3/12/04 | 83 | G.C. finish carpenter crew |
| 85 | | Install signage and window treatments | 3 days | Mon 3/15/04 | Wed 3/17/04 | 84 | G.C. finish carpenter crew |
| 86 | | Plumbing | 75 days | Mon 11/17/03 | Fri 2/27/04 | | |
| 87 | | Rough-In plumbing in drywall walls | 2 wks | Mon 11/17/03 | Fri 11/28/03 | 52 | Plumbing contractor |
| 88 | | Set plumbing fixtures and trim | 1 wk | Mon 2/16/04 | Fri 2/20/04 | 80 | Plumbing contractor |
| 89 | | Flush, test, and clean piping and fixtures | 1 wk | Mon 2/23/04 | Fri 2/27/04 | 88 | Plumbing contractor |
| 90 | | Electrical | 70 days | Mon 11/17/03 | Fri 2/20/04 | | |
| 91 | | Rough-In electrical | 4 wks | Mon 11/17/03 | Fri 12/12/03 | 52 | Electric contractor |
| 92 | | Install and terminate electrical devices | 2 wks | Mon 12/15/03 | Fri 12/26/03 | 91 | Electric contractor |
| 93 | | Make electrical terminations for HVAC equip | 1 wk | Mon 12/29/03 | Fri 1/2/04 | 92 | Electric contractor |
| 94 | | Install light fixtures - test and clean | 1 wk | Mon 2/16/04 | Fri 2/20/04 | 78 | Electric contractor |
| 95 | | Heating and Ventilating - AC | 75 days | Mon 11/17/03 | Fri 2/27/04 | | |
| 96 | | Set equipment in mechanical room | 2 wks | Mon 11/17/03 | Fri 11/28/03 | 52 | HVAC contractor |
| 97 | | Rough-in mechanical | 4 wks | Mon 12/1/03 | Fri 12/26/03 | 96 | HVAC contractor |
| 98 | | Install a/c ducts | 3 wks | Mon 12/29/03 | Fri 1/16/04 | 97 | HVAC contractor |
| 99 | | Install sprinkler system | 3 wks | Mon 12/29/03 | Fri 1/16/04 | 97 | Fireprotection contractor |
| 100 | | Set HVAC trim and test and balance system | 1 wk | Mon 2/23/04 | Fri 2/27/04 | 81 | HVAC contractor |
| 101 | | Landscaping | 15 days | Mon 3/1/04 | Fri 3/19/04 | | |
| 102 | | All landscaping | 3 wks | Mon 3/1/04 | Fri 3/19/04 | | Landscape contractor |
| 103 | | Final Clean-up and Occupancy | 5 days | Mon 3/15/04 | Fri 3/19/04 | | |
| 104 | | Remove debris from building and do final cle | 4 days | Mon 3/15/04 | Thu 3/18/04 | | G.C. labor crew |
| 105 | | Substantial completion date | 1 day | Fri 3/19/04 | Fri 3/19/04 | 104 | G.C. superintendent |
| 106 | | Complete Final Inspections | 5 days | Mon 3/22/04 | Fri 3/26/04 | | |
| 107 | | Complete elevator inspection and certificatio | 3 days | Mon 3/22/04 | Wed 3/24/04 | 105 | Elevator contractor |
| 108 | | Perform architect's inspection | 1 day | Thu 3/25/04 | Thu 3/25/04 | 107 | G.C. superintendent,G.C. project man |

| ID | ⓘ | Task Name | Duration | Start | Finish | Predece | Resource Names |
|---|---|---|---|---|---|---|---|
| 109 | | Perform fire marshal's inspection | 1 day | Fri 3/26/04 | Fri 3/26/04 | 108 | G.C. superintendent,G.C. project man |
| 110 | | Complete punch list items from all inspections | 2 wks | Mon 3/29/04 | Fri 4/9/04 | 109 | G.C. superintendent,G.C. labor crew,F |
| 111 | | Issue final completion documents including warra | 1 day | Mon 4/12/04 | Mon 4/12/04 | 110 | G.C. project management |
| 112 | | Issue final request for payment | 1 day | Tue 4/13/04 | Tue 4/13/04 | 111 | G.C. project management,G.C. accou |

Exhibit 3

| ID | Task Name | Duration | Start | Finish | Predecessors | Resource Names |
|---|---|---|---|---|---|---|
| 109 | Install translucent panels | 1 wk | Wed 3/31/04 | Tue 4/6/04 | 74 | GTI |
| 110 | **Building Finishes** | **70 days** | **Tue 5/4/04** | **Fri 8/6/04** | | |
| 111 | Install interior insulation | 1 wk | Mon 6/7/04 | Fri 6/11/04 | 134,128,124 | Atlas Insulating Co. Inc. (AIC) |
| 112 | Install exterior gypsum board | 3 days | Tue 5/4/04 | Thu 5/6/04 | | |
| 113 | Install interior gypsum board | 4 wks | Mon 6/14/04 | Fri 7/9/04 | 111 | |
| 114 | Gypsum ceiling | 1 wk | Mon 7/12/04 | Fri 7/16/04 | 113 | |
| 115 | Accoustical ceiling grid and tile | 1 wk | Mon 7/12/04 | Fri 7/16/04 | 113 | |
| 116 | Install wood ceilings | 1 wk | Mon 7/12/04 | Fri 7/16/04 | 113 | GC-Crew |
| 117 | Install ceramic tile | 1 wk | Mon 7/12/04 | Fri 7/16/04 | 113 | West Floor Covering Inc. (WFC) |
| 118 | Install interior door hardware and accessories | 1 wk | Mon 7/12/04 | Fri 7/16/04 | 113 | GC-Crew |
| 119 | Paint | 1 wk | Mon 7/19/04 | Fri 7/23/04 | 118 | W M Painting Inc. (WMP) |
| 120 | Install building carpet and vct | 1 wk | Mon 7/26/04 | Fri 7/30/04 | 119 | WFC |
| 121 | Install millwork and wood trim | 1 wk | Mon 8/2/04 | Fri 8/6/04 | 120 | GC-Crew |
| 122 | Install signage and window treatments | 3 days | Mon 8/2/04 | Wed 8/4/04 | 120 | GC-Crew |
| 123 | **Plumbing** | **66 days** | **Sat 5/15/04** | **Fri 8/13/04** | | |
| 124 | Rough in plumbing | 3 2 wks | Sat 5/15/04 | Fri 6/4/04 | 72 | DKI |
| 125 | Set plumbing fixtures and trim | 2 wks | Mon 7/19/04 | Fri 7/30/04 | 117 | DKI |
| 126 | Flush, test, and clean piping and fixtures | 2 wks | Mon 8/2/04 | Fri 8/13/04 | 125 | DKI |
| 127 | **Electrical** | **55 days** | **Mon 5/17/04** | **Fri 7/30/04** | | |
| 128 | Rough-in electrical | 3 wks | Mon 5/17/04 | Fri 6/4/04 | 72 | IES |
| 129 | Install and terminate electrical devices | 1 wk | Mon 6/7/04 | Fri 6/11/04 | 128 | IES |
| 130 | Make electrical terminations for HVAC equipment | 1 wk | Mon 6/14/04 | Fri 6/18/04 | 129 | IES |
| 131 | Install light fixtures - test and clean | 2 wks | Mon 7/19/04 | Fri 7/30/04 | 115 | IES |
| 132 | **Heating and Ventilating - AC** | **85 days** | **Tue 4/6/04** | **Fri 7/30/04** | | |
| 133 | Set equipment in mechanical room | 4 wks | Mon 5/24/04 | Fri 6/18/04 | 72 | DKI |
| 134 | Rough-in mechanical | 8 wks | Tue 4/6/04 | Fri 5/28/04 | 72 | DKI |
| 135 | Install a/c ducts | 8 wks | Tue 4/6/04 | Fri 5/28/04 | 72 | DKI |
| 136 | Install sprinkler system | 2 wks | Mon 5/31/04 | Fri 6/11/04 | 134 | AAA Sprinkler Company (ASC) |
| 137 | Set HVAC trim and test and balance system | 1 wk | Mon 7/26/04 | Fri 7/30/04 | 119,135 | DKI |
| 138 | **Landscaping** | **15 days** | **Mon 6/7/04** | **Fri 6/25/04** | | |
| 139 | All landscaping | 3 wks | Mon 6/7/04 | Fri 6/25/04 | 81 | Yard Works Construction Inc (YWC) |
| 140 | **Final Clean-up and Occupancy** | **5 days** | **Mon 8/9/04** | **Fri 8/13/04** | | |
| 141 | Remove debris from building and do final clean-up | 4 days | Mon 8/9/04 | Thu 8/12/04 | 110 | GC-Crew |
| 142 | Substantial completion date | 1 day | Fri 8/13/04 | Fri 8/13/04 | 141 | GC-Super |
| 143 | **Complete Final Inspections** | **5 days** | **Mon 8/16/04** | **Fri 8/20/04** | | |
| 144 | Complete elevator inspection and certification | 3 days | Mon 8/16/04 | Wed 8/18/04 | 142 | TKE |

White & Carr Incorporated
WCI Schedule Update 05-25-04 mpp

Task
Progress
Milestone
Summary
Rolled Up Task
Rolled Up Milestone
Rolled Up Progress
Split
External Tasks
Project Summary
Group By Summary
Deadline

Exhibit 4

**PAYMENT BOND**
(See instructions on reverse)

| Bond No. | DATE BOND EXECUTED (Must be same or later than date of contract) | FORM APPROVED OMB NO. |
|---|---|---|
| 1701069 | August 12, 2003******* ********* | 9000-0045 |

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition Policy, GSA, Washington, D.C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0045), Washington, D.C. 20503.

PRINCIPAL (Legal name and business address)

White & Carr, Inc.
11 Broadway, Suite 1101
New York, NY 10004

TYPE OF ORGANIZATION ("X" one)

☐ INDIVIDUAL ☐ PARTNERSHIP
☐ JOINT VENTURE ☒ CORPORATION

STATE OF INCORPORATION
New York

SURETY(IES) (Name(s) and business address(es))

The Hanover Insurance Company
100 North Parkway
Worcester, MA 01605

PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| $2****** | 458***** | 000***** | 00** |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| August 7, 2003 | 501813C031 Administration/Visitor Facility at Rhode Island National Wildlife Refuge Complex, Charlestown, RI Washington County |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

WITNESS:

The principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

**PRINCIPAL**

| | 1. | 2. | 3. | |
|---|---|---|---|---|
| SIGNATURE(S) | [signature] (Seal) | (Seal) | (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. White & Carr, Inc. Raymond White, President | 2. | 3. | |

**INDIVIDUAL SURETY(IES)**

| | 1. | 2. |
|---|---|---|
| SIGNATURE(S) | (Seal) | (Seal) |
| NAME(S) (Typed) | 1. | 2. |

**CORPORATE SURETY(IES)**

| SURETY A | | | | |
|---|---|---|---|---|
| NAME & ADDRESS | The Hanover Insurance Company 100 North Parkway, Worcester, MA 01605 | STATE OF INC. NH | LIABILITY LIMIT $ 34,546,000.00***** | Corporate Seal |
| SIGNATURE(S) | 1. [signature] | 2. | | |
| NAME(S) & TITLE(S) (Typed) | 1. Christopher Greene, Attorney-in-Fact | 2. | | |

NSN 7540-01-152-8061
Previous edition not usable

EXPIRATION DATE: 12-31-92

25-205

STANDARD FORM 25-A (REV. 1-90)
Prescribed by GSA - FAR (48 CFR) 53.228(c)

THIS POWER OF ATTORNEY MAY N... USED TO EXECUTE ANY BOND WITH AN INCEPTI... E AFTER May 1, 2006

THE HANOVER INSURANCE COMPANY
MASSACHUSETTS BAY INSURANCE COMPANY
CITIZENS INSURANCE COMPANY OF AMERICA

POWERS OF ATTORNEY
CERTIFIED COPY

KNOW ALL MEN BY THESE PRESENTS: That THE HANOVER INSURANCE COMPANY and MASSACHUSETTS BAY INSURANCE COMPANY, both being corporations organized and existing under the laws of the State of New Hampshire, and CITIZENS INSURANCE COMPANY OF AMERICA, a corporation organized and existing under the laws of the State of Michigan, do hereby constitute and appoint

Jeffrey P. Deldin, Sara G. Maffeo, Scott Hainey, Diana Toledo and/or Christopher Greene

of Bewster, NY and each is a true and lawful Attorney(s)-in-fact to sign, execute, seal, acknowledge and deliver for, and on its behalf, and as its act and deed any place within the United States, or, if the following line be filled in, only within the area therein designated

any and all bonds, recognizances, undertakings, contracts of indemnity or other writings obligatory in the nature thereof, as follows:
- Any such obligations in the United States, in any amount -

And said companies hereby ratify and confirm all and whatsoever said Attorney(s)-in-fact may lawfully do in the premises by virtue of these presents. These appointments are made under and by authority of the following Resolution passed by the Board of Directors of said Companies which resolutions are still in effect:

"RESOLVED, That the President or any Vice President, in conjunction with any Assistant Vice President, be and they are hereby authorized and empowered to appoint Attorneys-in-fact of the Company, in its name and as its acts, to execute and acknowledge for and on its behalf as Surety any and all bonds, recognizances, contracts of indemnity, waivers of citation and all other writings obligatory in the nature thereof, with power to attach thereto the seal of the Company. Any such writings so executed by such Attorneys-in-fact shall be as binding upon the Company as if they had been duly executed and acknowledged by the regularly elected officers of the Company in their own proper persons." (Adopted October 7, 1981 - The Hanover Insurance Company; Adopted April 14, 1982 - Massachusetts Bay Insurance Company; Adopted September 7, 2001 - Citizens Insurance Company of America )

IN WITNESS WHEREOF, THE HANOVER INSURANCE COMPANY, MASSACHUSETTS BAY INSURANCE COMPANY and CITIZENS INSURANCE COMPANY OF AMERICA have caused these presents to be sealed with their respective corporate seals, duly attested by a Vice President and an Assistant Vice President, this 1st day of May 2003

THE HANOVER INSURANCE COMPANY INCORPORATED 1872 NEW HAMPSHIRE
MASSACHUSETTS BAY INSURANCE COMPANY INCORPORATED 1994 NEW HAMPSHIRE
CITIZENS INSURANCE COMPANY OF AMERICA CORPORATE SEAL 1974 MICHIGAN

THE HANOVER INSURANCE COMPANY
MASSACHUSETTS BAY INSURANCE COMPANY
CITIZENS INSURANCE COMPANY OF AMERICA

Richard M. Van Steenburgh, Vice President

Ronald Ridland, Assistant Vice President

THE COMMONWEALTH OF MASSACHUSETTS )
) ss.
COUNTY OF WORCESTER )

On this 1st day of May, 2003 before me came the above named Vice President and Assistant Vice President of The Hanover Insurance Company, Massachusetts Bay Insurance Company and Citizens Insurance Company of America, to me personally known to be the individuals and officers described herein, and acknowledged that the seals affixed to the preceding instrument are the corporate seals of The Hanover Insurance Company, Massachusetts Bay Insurance Company and Citizens Insurance Company of America, respectively, and that the said corporate seals and their signatures as officers were duly affixed and subscribed to said instrument by the authority and direction of said Corporations.

(Seal) NOTARY PUBLIC

Barbara A. Garlick, Notary Public
My Commission Expires November 26, 2004

I, the undersigned Assistant Vice President of The Hanover Insurance Company, Massachusetts Bay Insurance Company and Citizens Insurance Company of America, hereby certify that the above and foregoing is a full, true and correct copy of the Original Power of Attorney issued by said Companies, and do hereby further certify that the said Powers of Attorney are still in force and effect.

This Certificate may be signed by facsimile under and by authority of the following resolution of the Board of Directors of The Hanover Insurance Company, Massachusetts Bay Insurance Company and Citizens Insurance Company of America.

"RESOLVED, That any and all Powers of Attorney and Certified Copies of such Powers of Attorney and certification in respect thereto, granted and executed by the President or any Vice President in conjunction with any Assistant Vice President of the Company, shall be binding on the Company to the same extent as if all signatures therein were manually affixed, even though one or more of any such signatures thereon may be facsimile." (Adopted October 7, 1981 - The Hanover Insurance Company; Adopted April 14, 1982 - Massachusetts Bay Insurance Company; Adopted September 7, 2001 - Citizens Insurance Company of America )

GIVEN under my hand and the seals of said Companies, at Worcester, Massachusetts, this 12th day of August 2003

THE HANOVER INSURANCE COMPANY
MASSACHUSETTS BAY INSURANCE COMPANY
CITIZENS INSURANCE COMPANY OF AMERICA

Charles T. Wells, Assistant Vice President

# ACKNOWLEDGMENT OF PRINCIPAL, CORPORATION

State of New York.

County of New York.

On this 14th day of Aug 2003. Before me personally came Raymond White to me known, who, being by my duly sworn did depose and say that he resides at 180 East 79th Street, New York, New York 10028.

That he is the **President** of **White & Carr Incorporated**. The corporation described in and which executed the foregoing instrument; that he knows the seal of said corporation; that one of the seals affixed to the foregoing instrument is such seal; that it was so affixed by order of the board of directors of said corporation; and that he signed his name thereto by like order.

Christine Cole

CHRISTINE COLE
Notary Public
State of New York
No.02C05021676
Qualified in New York County
Commission Expires May 23, 2006