Exhibit 2

| ID | | Task Name | Duration | Start | Finish | Predece | Resource Names |
|---|---|---|---|---|---|---|---|
| 1 | | Two-story Administration & Visitors Center (14,40( | 178 days | Thu 8/7/03 | Tue 4/13/04 | | |
| 2 | | General Conditions | 28 days | Thu 8/7/03 | Mon 9/15/03 | | |
| 3 | | Notice of contract award | 1 day | Thu 8/7/03 | Thu 8/7/03 | | G.C. general management |
| 4 | | Submit bond and insurance documents | 1 day | Thu 8/14/03 | Thu 8/14/03 | | G.C. project management,G.C. gener |
| 5 | | Prepare and submit schedule of values | 1 day | Mon 8/18/03 | Mon 8/18/03 | | G.C. general management,G.C. projec |
| 6 | | Prepare and submit project schedule | 1 day | Mon 8/25/03 | Mon 8/25/03 | | G.C. project management,G.C. sched |
| 7 | | Submit preliminary shop drawings | 1 wk | Mon 8/25/03 | Fri 8/29/03 | | G.C. project management,G.C. procu |
| 8 | | Submit monthly requests for payment | 1 day | Mon 9/15/03 | Mon 9/15/03 | | |
| 9 | | Long Lead Procurement | 75 days | Mon 8/25/03 | Fri 12/5/03 | | |
| 10 | | Submit shop drawings and order long lead it | 15 wks | Mon 8/25/03 | Fri 12/5/03 | | Elevator contractor management |
| 11 | | Submit shop drawings and order long lead it | 10 wks | Mon 8/25/03 | Fri 10/31/03 | | Timber Supplier |
| 12 | | Mobilize on Site | 7 days | Mon 9/1/03 | Tue 9/9/03 | | |
| 13 | | Install temporary power | 2 days | Mon 9/8/03 | Tue 9/9/03 | 7 | Electric contractor |
| 14 | | Install temporary water service | 1 day | Mon 9/1/03 | Mon 9/1/03 | 7 | Plumbing contractor |
| 15 | | Set up site office | 1 day | Mon 9/1/03 | Mon 9/1/03 | 7 | G.C. superintendent,G.C. labor crew[1 |
| 16 | | Set line and grade benchmarks | 3 days | Mon 9/1/03 | Wed 9/3/03 | 7 | G.C. survey crew |
| 17 | | Prepare site | 2 days | Thu 9/4/03 | Fri 9/5/03 | 16 | Site grading contractor,G.C. labor crew |
| 18 | | Site Grading and Utilities | 58 days | Mon 9/8/03 | Wed 11/26/03 | | |
| 19 | | Clear and grub site | 1 day | Mon 9/8/03 | Mon 9/8/03 | 17 | Site grading contractor |
| 20 | | Rough grade site (cut and fill) | 1 day | Tue 9/9/03 | Tue 9/9/03 | 19 | Site grading contractor |
| 21 | | Erect building batter boards and layout buildi | 2 days | Wed 9/10/03 | Thu 9/11/03 | 20 | G.C. survey crew |
| 22 | | Fire protection tanks | 3 days | Mon 10/20/03 | Wed 10/22/03 | 50 | Site grading contractor |
| 23 | | Underground utilities | 3 days | Mon 10/20/03 | Wed 10/22/03 | 50 | Site grading contractor |
| 24 | | Septic system | 1 wk | Thu 10/23/03 | Wed 10/29/03 | 23 | Site grading contractor |
| 25 | | Roof drainage outfalls | 1 wk | Thu 10/30/03 | Wed 11/5/03 | 24 | Site grading contractor |
| 26 | | Grade, loam, boulders and stone | 1 wk | Thu 11/6/03 | Wed 11/12/03 | 25 | Site grading contractor |
| 27 | | Site concrete | 1 wk | Thu 11/13/03 | Wed 11/19/03 | 26 | |
| 28 | | Paving and striping | 1 wk | Thu 11/20/03 | Wed 11/26/03 | 27 | Site grading contractor |
| 29 | | Foundations | 14 days | Mon 9/15/03 | Thu 10/2/03 | | |
| 30 | | Excavate foundations | 3 days | Mon 9/15/03 | Wed 9/17/03 | | Site grading contractor |
| 31 | | Excavate elevator pit | 1 day | Thu 9/18/03 | Thu 9/18/03 | 30 | Site grading contractor |
| 32 | | Rough-in electric and plumbing in elevator | 1 day | Fri 9/19/03 | Fri 9/19/03 | 31 | Plumbing contractor,Electric contracto |
| 33 | | Form elevator pit walls | 1 day | Fri 9/19/03 | Fri 9/19/03 | 31 | G.C. rough carpenter crew |
| 34 | | Set reinforcing and anchor bolts | 1 day | Fri 9/19/03 | Fri 9/19/03 | 31 | G.C. rough carpenter crew |
| 35 | | Pour foundation walls | 2 days | Mon 9/22/03 | Tue 9/23/03 | 34 | G.C. concrete crew |
| 36 | | Pour concrete elevator walls | 1 day | Mon 9/22/03 | Mon 9/22/03 | 34 | G.C. concrete crew |

| ID | | Task Name | Duration | Start | Finish | Predece | Resource Names |
|---|---|---|---|---|---|---|---|
| 37 | | Cure elevator wall concrete | 4 days | Tue 9/23/03 | Fri 9/26/03 | 36 | G.C. labor crew |
| 38 | | Cure piers and foundations | 4 days | Tue 9/23/03 | Fri 9/26/03 | 36 | G.C. labor crew |
| 39 | | Strip wall forms | 1 day | Mon 9/29/03 | Mon 9/29/03 | 38 | G.C. labor crew |
| 40 | | Install pneumatic tube in elevator pit | 2 days | Tue 9/30/03 | Wed 10/1/03 | 39 | Elevator contractor |
| 41 | | Prepare and pour concrete floor in elevator p | 1 day | Thu 10/2/03 | Thu 10/2/03 | 40 | G.C. concrete crew |
| 42 | | **Form and Pour Concrete - Structural Slab** | 11 days | Fri 10/3/03 | Fri 10/17/03 | | |
| 43 | | Install rebar and in-floor utilities (including m | 3 days | Fri 10/3/03 | Tue 10/7/03 | 41 | G.C. labor crew,Plumbing contractor,E |
| 44 | | Form 1st floor | 2 days | Fri 10/3/03 | Mon 10/6/03 | 41 | G.C. rough carpenter crew |
| 45 | | Install electrical underground | 3 days | Tue 10/7/03 | Thu 10/9/03 | 44 | Electric contractor |
| 46 | | Install plumbing underground | 2 days | Tue 10/7/03 | Wed 10/8/03 | 44 | Plumbing contractor |
| 47 | | Install rebar and in-floor utilities | 2 days | Tue 10/7/03 | Wed 10/8/03 | 44 | G.C. labor crew[33%],Plumbing contra |
| 48 | | Pour 1st floor slab | 2 days | Thu 10/9/03 | Fri 10/10/03 | 47 | G.C. concrete crew |
| 49 | | Cure 1st floor slab | 4 days | Mon 10/13/03 | Thu 10/16/03 | 48 | G.C. labor crew |
| 50 | | Strip forms from 1st floor slab | 1 day | Fri 10/17/03 | Fri 10/17/03 | 49 | G.C. labor crew |
| 51 | | **Carpentry Work** | 38 days | Mon 10/20/03 | Wed 12/10/03 | | |
| 52 | ▦ | Install rough framing, sheathing and door fra | 4 wks | Mon 10/20/03 | Fri 11/14/03 | 50 | G.C. rough carpenter crew |
| 53 | | Install rough framing, sheathing and door fra | 2 wks | Mon 11/17/03 | Fri 11/28/03 | 52 | G.C. rough carpenter crew |
| 54 | | Windows | 3 days | Mon 12/1/03 | Wed 12/3/03 | 53 | G.C. rough carpenter crew |
| 55 | | Install cedar siding | 1 wk | Thu 12/4/03 | Wed 12/10/03 | 54 | G.C. finish carpenter crew |
| 56 | | **Steel Erection** | 34 days | Wed 10/15/03 | Mon 12/1/03 | | |
| 57 | ▦ | Erect steel columns and beams - 1st | 2 days | Wed 10/15/03 | Thu 10/16/03 | | Steel erection contractor |
| 58 | ▦ | Install stairs and miscellaneous iron railing | 2 days | Fri 10/17/03 | Mon 10/20/03 | 57 | Steel erection contractor |
| 59 | | Install miscellaneous iron and bracing - 2nd | 1 day | Mon 12/1/03 | Mon 12/1/03 | 53 | Steel erection contractor |
| 60 | | **Elevators** | 20 days | Mon 12/8/03 | Fri 1/2/04 | | |
| 61 | ▦ | Set elevator equipment in shafts | 2 wks | Mon 12/8/03 | Fri 12/19/03 | 10 | Elevator contractor |
| 62 | | Set equipment in mechanical room | 1 wk | Mon 12/22/03 | Fri 12/26/03 | 61 | Elevator contractor |
| 63 | | Test and align doors and equipment | 1 wk | Mon 12/29/03 | Fri 1/2/04 | 62 | Elevator contractor |
| 64 | | **Masonry Work** | 25 days | Mon 11/17/03 | Fri 12/19/03 | | |
| 65 | | Install CMU masonry work | 2 wks | Mon 11/17/03 | Fri 11/28/03 | 52 | Masonry contractor |
| 66 | | Install rubble masonry work | 3 wks | Mon 12/1/03 | Fri 12/19/03 | 65 | Masonry contractor |
| 67 | | **Roofing** | 20 days | Mon 12/1/03 | Fri 12/26/03 | | |
| 68 | | Install roofing | 2 wks | Mon 12/1/03 | Fri 12/12/03 | 53 | Roofing contractor |
| 69 | | Install roof ventilators | 2 days | Mon 12/15/03 | Tue 12/16/03 | 68 | Roofing contractor |
| 70 | | Install rake, eaves and down spouts | 8 days | Wed 12/17/03 | Fri 12/26/03 | 69 | Roofing contractor |
| 71 | | **Window Wall and Store Front Closures** | 16 days | Mon 12/1/03 | Fri 12/19/03 | | |
| 72 | | Install window wall aluminum and glass | 2 wks | Mon 12/1/03 | Fri 12/12/03 | 53 | Storefront contractor |

| ID | | Task Name | Duration | Start | Finish | Predecessors | Resource Names |
|---|---|---|---|---|---|---|---|
| 73 | | Install translucent panels | 1 wk | Mon 12/15/03 | Fri 12/19/03 | 72 | Storefront contractor |
| 74 | | Building Finishes | 58 days | Mon 12/29/03 | Wed 3/17/04 | | |
| 75 | | Install interior insulation | 1 wk | Mon 12/29/03 | Fri 1/2/04 | 97 | Insulation contractor |
| 76 | | Install gypsum board | 4 wks | Mon 1/5/04 | Fri 1/30/04 | 75 | Drywall contractor |
| 77 | | Gypsum ceiling | 1 wk | Mon 2/2/04 | Fri 2/6/04 | 76 | Drywall contractor |
| 78 | | Acoustical ceiling grid and tile | 1 wk | Mon 2/9/04 | Fri 2/13/04 | 77 | Drywall contractor |
| 79 | | Install wood ceilings | 1 wk | Mon 2/9/04 | Fri 2/13/04 | 77 | G.C. finish carpenter crew |
| 80 | | Install ceramic tile | 1 wk | Mon 2/9/04 | Fri 2/13/04 | 77 | Carpet contractor |
| 81 | | Paint | 1 wk | Mon 2/16/04 | Fri 2/20/04 | 80 | Painting contractor |
| 82 | | Install interior doors, hardware and accessor | 1 wk | Mon 2/23/04 | Fri 2/27/04 | 81 | G.C. finish carpenter crew |
| 83 | | Install building carpet and vct | 1 wk | Mon 3/1/04 | Fri 3/5/04 | 82 | Carpet contractor |
| 84 | | Install millwork and wood trim | 1 wk | Mon 3/8/04 | Fri 3/12/04 | 83 | G.C. finish carpenter crew |
| 85 | | Install signage and window treatments | 3 days | Mon 3/15/04 | Wed 3/17/04 | 84 | G.C. finish carpenter crew |
| 86 | | Plumbing | 75 days | Mon 11/17/03 | Fri 2/27/04 | | |
| 87 | | Rough-in plumbing in drywall walls | 2 wks | Mon 11/17/03 | Fri 11/28/03 | 52 | Plumbing contractor |
| 88 | | Set plumbing fixtures and trim | 1 wk | Mon 2/16/04 | Fri 2/20/04 | 80 | Plumbing contractor |
| 89 | | Flush, test, and clean piping and fixtures | 1 wk | Mon 2/23/04 | Fri 2/27/04 | 88 | Plumbing contractor |
| 90 | | Electrical | 70 days | Mon 11/17/03 | Fri 2/20/04 | | |
| 91 | | Rough-in electrical | 4 wks | Mon 11/17/03 | Fri 12/12/03 | 52 | Electric contractor |
| 92 | | Install and terminate electrical devices | 2 wks | Mon 12/15/03 | Fri 12/26/03 | 91 | Electric contractor |
| 93 | | Make electrical terminations for HVAC equip | 1 wk | Mon 12/29/03 | Fri 1/2/04 | 92 | Electric contractor |
| 94 | | Install light fixtures - test and clean | 1 wk | Mon 2/16/04 | Fri 2/20/04 | 78 | Electric contractor |
| 95 | | Heating and Ventilating - AC | 75 days | Mon 11/17/03 | Fri 2/27/04 | | |
| 96 | | Set equipment in mechanical room | 2 wks | Mon 11/17/03 | Fri 11/28/03 | 52 | HVAC contractor |
| 97 | | Rough-in mechanical | 4 wks | Mon 12/1/03 | Fri 12/26/03 | 96 | HVAC contractor |
| 98 | | Install a/c ducts | 3 wks | Mon 12/29/03 | Fri 1/16/04 | 97 | HVAC contractor |
| 99 | | Install sprinkler system | 3 wks | Mon 12/29/03 | Fri 1/16/04 | 97 | Fireprotection contractor |
| 100 | | Set HVAC trim and test and balance system | 1 wk | Mon 2/23/04 | Fri 2/27/04 | 81 | HVAC contractor |
| 101 | | Landscaping | 15 days | Mon 3/1/04 | Fri 3/19/04 | | |
| 102 | | All landscaping | 3 wks | Mon 3/1/04 | Fri 3/19/04 | | Landscape contractor |
| 103 | | Final Clean-up and Occupancy | 5 days | Mon 3/15/04 | Fri 3/19/04 | | |
| 104 | | Remove debris from building and do final cle | 4 days | Mon 3/15/04 | Thu 3/18/04 | | G.C. labor crew |
| 105 | | Substantial completion date | 1 day | Fri 3/19/04 | Fri 3/19/04 | 104 | G.C. superintendent |
| 106 | | Complete Final Inspections | 5 days | Mon 3/22/04 | Fri 3/26/04 | | |
| 107 | | Complete elevator inspection and certificatio | 3 days | Mon 3/22/04 | Wed 3/24/04 | 105 | Elevator contractor |
| 108 | | Perform architect's inspection | 1 day | Thu 3/25/04 | Thu 3/25/04 | 107 | G.C. superintendent,G.C. project man |

| ID | ❶ | Task Name | Duration | Start | Finish | Predece | Resource Names |
|---|---|---|---|---|---|---|---|
| 109 | | Perform fire marshal's inspection | 1 day | Fri 3/26/04 | Fri 3/26/04 | 108 | G.C. superintendent,G.C. project man |
| 110 | | Complete punch list items from all inspections | 2 wks | Mon 3/29/04 | Fri 4/9/04 | 109 | G.C. superintendent,G.C. labor crew,F |
| 111 | | Issue final completion documents including warra | 1 day | Mon 4/12/04 | Mon 4/12/04 | 110 | G.C. project management |
| 112 | | Issue final request for payment | 1 day | Tue 4/13/04 | Tue 4/13/04 | 111 | G.C. project management,G.C. accou |