**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES, for the use of INTERSTATE ELECTRICAL SERVICES CORP. and INTERSTATE ELECTRICAL SERVICES CORP.
Plaintiffs,

v.

Civil Action No. 05-426T

WHITE & CARR, INC. and THE HANOVER INSURANCE COMPANY, INC.,
Defendants.

**PROOF OF SERVICE TO WHITE & CARR, INC.**

I, Andrew S. Ullucci, hereby certify that a true copy of Plaintiff's First Amended Complaint in the above captioned action was mailed upon Defendant White & Carr, Inc. via U. S. certified mail, return receipt requested, postage prepaid on April 13, 2007. A copy of the completed return receipt showing delivery dated April 17, 2007 is attached hereto and incorporated herein.

Respectfully submitted,
Interstate Electrical Services Corp.
By Its Attorneys,

/s/ Andrew S. Ullucci
Christopher C. Whitney #3261
Andrew S. Ullucci #7233
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903
(401) 272-8080
(401) 521-3555 (facsimile)
Email: cwhitney@lmkbw.com
aullucci@lmkbw.com

Date: June 27, 2007