# United States District Court

DISTRICT OF RHODE ISLAND

United States, for the use of
INTERSTATE ELECTRICAL SERVICES CORP.
and INTERSTATE ELECTRICAL SERVICES
CORP.

V.

WHITE & CARR, INC. and
THE HANOVER INSURANCE COMPANY, INC.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: [redacted] 05 426T

TO: (Name and address of defendant)

WHITE & CARR, INC.
11 Broadway
Suite 1101
New York, NY 10004

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher C. Whitney, Esquire
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 10-11-05

(BY) DEPUTY CLERK

UNITED STATES POSTAL SERVICE

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 2570 0001 6038 7555**
Status:

Your item was delivered at 10:33 am on February 15, 2006 in NEW YORK, NY 10004. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

*Restore Offline Details >* ? *Return to USPS.com Home >*

Track & Confirm

Enter Label/Receipt Number.

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

White + Carr Inc
11 Broadway Ste 1101
New York, N.Y. 10004

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) [handwritten, illegible] C. Date of Delivery 2/15/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7005 2570 0001 6038 7555

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540