**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES, for the use of INTERSTATE ELECTRICAL SERVICES CORP. and INTERSTATE ELECTRICAL SERVICES CORP.

Plaintiffs,

v.

WHITE & CARR, INC. and THE HANOVER INSURANCE COMPANY, INC.,

Defendants.

Civil Action No. 05-426T

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties, by their undersigned counsel hereby dismiss this action with prejudice, with each party to bear its own costs, and all rights to appeal waived.

/s/ Andrew S. Ullucci
Christopher C. Whitney #3261
Andrew S. Ullucci #7233
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903
(401) 272-8080
(401) 521-3555 (facsimile)
cwhitney@lmkbw.com
aullucci@lmkbw.com

/s/ Jennifer Whelan
Jennifer Whelan #6952
Cetrulo & Capone, LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
(401) 274-7850
(401) 274-9670 (facsimile)
jwhelan@cetcap.com

Pro Hac Vice Counsel:

/s/ James L. Rudolph
James L. Rudolph BBO #433580
Rudolph Friedmann LLP
92 State Street
Boston, Massachusetts 02109
(617)-723-7700
(617)-227-0313 (facsimile)
JRudolph@RFlawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2007 this document has been filed electronically with the Court, is available for viewing and downloading from the ECF system, and has been served by first class mail, postage prepaid, on the following individuals:

Jennifer Whelan, Esq.
Cetrulo & Capone, LLP
The Heritage Building
321 South Main Street
Providence, RI 02903

/s/ Andrew S. Ullucci .

F:\ASU\Interstate Electrical\White & Carr\Dismissal Stip.doc